# EXHIBIT B



# PAIRS
## *essentials*®

**A PAIRS curriculum for successful relationships**



**PAIRS Foundation**

Lori H. Gordon, Ph.D.
and Seth D. Eisenberg



**PRACTICAL SKILLS FOR EMOTIONAL LITERACY**

**PARTICIPANT HANDBOOK**
*English Edition*



essentials

"For one human being to love another: that is perhaps the most difficult of all tasks, the ultimate, the last test and proof, the work for which all other work is but preparation…so we must not forget, when we love, that we are beginners, bunglers of life, apprentices in love and must learn love…"

~Rainer Maria Rilke

**PAIRS ESSENTIALS®**
**A PAIRS Curriculum for Successful Relationships**

By Lori H. Gordon, Ph.D.
and Seth D. Eisenberg

Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC.

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Published by PAIRS Foundation, Inc.

PAIRS Foundation, Inc.
2771 Executive Park Drive, Suite #1
Weston, Florida 33331 USA
(877) PAIRS-4U
E-mail: info@pairs.com
Online at www.pairs.com/essentials

Manufactured in the United States of America.



PAIRS®
PRACTICAL SKILLS FOR EMOTIONAL LITERACY

# CURRICULUM CONTENTS

| Section | Content | Page |
|---|---|---|
| Introduction | Introduction from Lori Gordon | 4 |
| | Welcome from Seth Eisenberg | 5 |
| | Ground Rules | 6 |
| Session One: The Heart of Intimacy | Session Goals, Topics and Tools | 8 |
| | Levels of Learning | 10 |
| | Stages of Relationship | 11 |
| | Three Hopes/Three Fears | 12 |
| | Relationship Road Map | 14 |
| | Communication Stress Styles | 16 |
| | Leveling/Congruent | 20 |
| | Daily Temperature Reading | 21 |
| | Good Talking and Good Listening | 22 |
| | PAIRS Talking Tips | 23 |
| | The Love Bank | 24 |
| | Caring Behaviors Worksheet | 26 |
| | Session One Essentials | 29 |
| Session Two: Constructive Conflict | Session Goals, Topics and Tools | 30 |
| | Emotional Stages of Development | 32 |
| | The Emotional Jug | 33 |
| | Dirty Fighting Worksheet | 34 |
| | Emptying the Emotional Jug | 35 |
| | Fair Fight for Change | 36 |
| | Time-Out Tip | 37 |
| | Fight Style Evaluation | 38 |
| | Fight Results Profile | 39 |
| | Guide for Coaches | 40 |
| | Fair Fight Checklist (Scorecard) | 41 |
| | Relationship Agreement | 42 |
| | Session Two Essentials | 45 |
| Session Three: Emotional Literacy | Session Goals, Topics and Tools | 46 |
| | Love Knots | 48 |
| | Love Knots Worksheet | 52 |
| | Untangling Love Knots | 53 |
| | Powergram | 54 |
| | Decision-Making Worksheet | 55 |
| | Emotional Allergy Negative Infinity Loop | 56 |
| | Emotional Allergy Worksheet | 58 |
| | Confiding an Emotional Allergy | 59 |
| | Transforming the Loop | 60 |
| | Session Three Essentials | 63 |
| PAIRS Essentials | PAIRS Essentials Tool Box | 64 |
| | Participant Evaluation | 67 |

*TABLE OF CONTENTS*



essentials

# INTRODUCTION TO PAIRS ESSENTIALS

For much of my life, I have been deeply curious about what makes relationships work and what contributes to their demise. I have searched for understanding. I have sought to use my understanding to help others prevent breakdown in cherished relationships. Such breakdown always seemed to me a tragic waste. Throughout my journey, I was profoundly influenced by personal life experiences and inspired by pathfinders who generously shared their knowledge, practical wisdom, and inventive approaches.

In many ways, the publication of the PAIRS Essentials curriculum represents the next generation for a mission that began quietly more than a quarter century ago when the concept of relationship skills training was considered an unproven, new age approach to the urgent crisis of marital and family breakdown. Time and again, significant research has subsequently validated this technology as an effective approach that empowers participants with usable skills that strengthen families, enhances empathy, understanding and connection, and offers a virtual road map for lasting, loving relationships.



PAIRS Founders Lori and Morris Gordon, March 2005.

While the full PAIRS Mastery Program is a 120-hour course, PAIRS Essentials focuses intensively on many of the key exercises that have been of greatest value to participants while allowing us to incorporate new technologies into our teaching processes. Its publication is the result of a multi-year collaboration with my son, Seth Eisenberg, uniquely crafted and influenced by his personal experience leading classes to thousands of participants from diverse cultural, religious, and socioeconomic backgrounds and training hundreds of program instructors nationwide. As executive director of PAIRS Foundation, Seth's talent, leadership, and dedication has ushered in a period of unprecedented growth and impact.

From our earliest years, the birth and development of PAIRS was guided by my husband, Morris Gordon. Although his passing in March 2005 left an indelible void in the hearts and lives of so many who loved him, his tireless efforts and unwavering dedication to our vision of a *safer, saner, more loving world* continues to inspire us daily.

To each of you whose relationships begin in hope and must be sustained by understanding -- and to your children -- we dedicate this work.

With warm regards,

Lori Heyman Gordon, Ph.D.
PAIRS Founder



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

PAiRS®

*FROM FOUNDER LORI GORDON*

 Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC



introduction

## IMAGINE THE POSSIBILITIES

Congratulations, and welcome to PAIRS Essentials!

Your PAIRS experience will introduce you to a treasure chest of tools that have helped thousands of people create, nurture, restore, and rekindle relationships that are the very foundation of our lives. Over the past quarter century, PAIRS founder Lori Gordon's unwavering determination for improving the lives of children by helping their parents build and sustain healthy, loving relationships has enabled us to develop, research and refine many of the world's premier training programs.

Lori Gordon and Seth Eisenberg

We are grateful to each of you who participate in PAIRS. Your faith, courage and commitment is an inspiration to all of us whose lives are dedicated to making PAIRS widely available on behalf of the vision for "safer, saner, more loving world" that was the constant dream of our co-founder, the late Rabbi Morris Gordon.

We are eager to KNOW about your personal experience in PAIRS. Shortly after your first PAIRS class, you will receive an e-mail survey from PAIRS Foundation inviting you to tell us about your experience. After you return the survey, you will receive several special editions of PAIRS Love Notes, our electronic newsletter, full with articles, news, links and important additional information to supplement and reinforce the lessons and tools you will explore in PAIRS.

Congratulations again on your decision to enroll in PAIRS. We are grateful for the opportunity to share this work with you and very much hope the experience will meet your highest expectations.

All good wishes,



Seth Eisenberg
Executive Director

### WELCOME LETTER

PAIRS
PRACTICAL SKILLS FOR EMOTIONAL LITERACY

essentials

## GROUND RULES



1. **Respect each other's privacy.**
   Anything discussed in this group is confidential. Confidential means not sharing or discussing any information learned about others in the group with anyone other than your partner.

2. **Sharing with others in the group is voluntary.**
   When doing class activities, you can choose to say and express whatever feelings you have. You can also choose to remain silent. Your silence will be respected.

3. **Speak only for yourself, not your partner.**
   One way to remember this is to make "I" statements rather than "we" statements.  An example is that it is okay to say, "I feel" or "I think" but not "We believe…think…feel…"

4. **If sharing about your couple relationship, check it out with your partner first.**
   Checking it out with your partner before sharing something personal about your relationship demonstrates respect for your partner, just in case they feel uncomfortable about having the information shared in the group.

5. **A goal of the group is to feel safe, to learn and to have fun.**
   This group experience is unique and is designed so that you experience with your partner a sense of community that is shared with others in the group. It is through this experience of community that your marriage will strengthen.

6. **Be respectful and considerate of others.**
   Please turn off your cell phones during class.  At times of need it may be necessary that you be reached via your cell phone.  Please, at these times, put your cell phone on Vibrate and kindly take the call outside of the room.



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

*GROUND RULES*

Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC

## NOTES AND REFLECTIONS

introduction

> "I have sought love, first, because it brings ecstasy - ecstasy so great that I would often have sacrificed all the rest of life for a few hours of this joy. I have sought it, next, because it relieves loneliness - that terrible loneliness in which one shivering consciousness looks over the rim of the world into the cold unfathomable lifeless abyss. I have sought it, finally, because in the union of love I have seen, in a mystic miniature, the prefiguring vision of the heaven that saints and poets have imagined."
>
> — *Bertrand Russell*

*NOTES AND REFLECTIONS*

**PAiRS**
PRACTICAL SKILLS FOR EMOTIONAL LITERACY

essentials

## SESSION ONE

Relationship Road Map

Stress Styles of Communication

Daily Temperature Reading

Talking Tips

Love Bank

### NOTES:

*In addition to the knowledge and skills you will discover in PAIRS Essentials, you'll receive important follow-up and supplemental information from PAIRS Foundation to reinforce your workshop experience. Watch for your first issue of PAIRS Love Notes in your e-mail shortly after this class. Please also complete and return the brief survey you will receive from PAIRS Foundation about your personal experience in PAIRS. You are important to us!*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC

# THE HEART OF INTIMACY

## Key Goals

- Introduce PAIRS concepts as a framework for understanding the journey of intimacy: Levels of Learning, Stages of Relationship, Three Hopes/Fears, and the Relationship Road Map.

- Identify styles and patterns that influence how we communicate under stress and their impact on close relationships. Learn the Leveling Style that strengthens connection & understanding.

- Introduce the Daily Temperature Reading and Talking Tips as tools to enhance   and nurture connection, cohesion, empathy and respect between intimates.

- Consider the importance of creating and sustaining pleasure in intimate relationships through the concept of the Love Bank and Caring Behaviors to intentionally nurture a loving environment.

## Topics and Tools

- Levels of Learning

- Stages of Relationship

- Three Hopes/Three Fears

- Relationship Road Map

- Stress Styles of Communication

- Leveling Style

- Daily Temperature Reading (DTR)

- Talking Tips

- Love Bank

- Caring Behaviors



*"[PAIRS] changed a 29-year marriage of confusion, hurt, silence and missed opportunities into a vibrant relationship of pleasure and trust that thrives on change and growth."*

**session one**

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

PAiRS®

*essentials*

# LEVELS OF LEARNING



**Unconscious Competence**
( I know it and do it;
it is a habit. )

**Conscious Competence**
( I am learning. )

**Conscious Incompetence**
( I know what I don't know. )

**Unconscious Incompetence**
( I don't know what I don't know. )

## NOTES:

*When learning something new, we all start out in a stage of **UNCONSCIOUS INCOMPETENCE:** we don't know what we don't know. A goal of PAIRS is to reach the stage of **UNCONSCIOUS COMPETENCE,** where the skills you learn become habits. Learning about relationship dynamics and the attitudes and skills that contribute to successful relationships will help you become aware that there may be things you're doing — or not doing — that are preventing you from experiencing the level of love, connection and fulfillment you most want.*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

# STAGES OF RELATIONSHIP



## ILLUSION

**Illusion**  - that we are in love and we hope that everything will be fine. We are looking for what is right, and finding it. And then something happens, and we are disappointed - what we hoped would happen is not happening and we feel…

## DISILLUSION

**Disillusion** - We begin to look for what is wrong, and we find that. As that happens,  we use whatever we know to try to get what we want. This often leads to the **POWER STRUGGLE**. Each one tries the best ways they know to get what they want - which are often variations of the **STRESS STYLES** and **"DIRTY FIGHTING"** as compared to **FAIR FIGHTING** -- This becomes a period of …

## CONFUSION

**Confusion** - of what is wrong, of how do I change it - and anger, pain and disappointment leak out in a variety of ways, such as blame, sarcasm, labeling, name calling, withholding, the silent treatment, etc. all of which lead to a …

## CONCLUSION

**Conclusion** - that often becomes despair, the end of intimacy and trust and confiding and joy. Or you open yourself to learn the skills to deal with conflict fairly and non-destructively and with goodwill - so you don't need to lose each other.

session one

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

PAiRS

**essentials**

## THREE HOPES



**1** *All the good things I ever wanted in my life, I will find with you.*

**2** *All the good things I had, I will keep.*

**3** *All the upsetting, unhappy things that happened to me before, will NOT happen with you.*

### REFLECTIONS

**What are some of the hopes and dreams you have for your life together?**

_____

_____

_____

_____

**What are the good things in your life that you want to keep?**

_____

_____

_____

_____

**What are some of the upsetting, unhappy things that happened to you before that you don't want to experience again?**

_____

_____

_____

_____



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## THREE FEARS



**1** *Good things I hoped for will not or are not happening.*

**2** *Good things I had, I will or I am losing.*

**3** *Upsetting, hurtful things that happened before are happening again with you.*

### REFLECTIONS

**What do I want that I am not getting?**

_____

_____

**What am I getting that I don't want?**

_____

_____

**What am I giving that I don't want to give?**

_____

_____

**What would I like to give to you, if only things were better between us?**

_____

_____

**What am I getting that I do want?**

_____

_____

session one

PRACTICAL SKILLS FOR EMOTIONAL LITERACY



*essentials*

## RELATIONSHIP ROAD MAP: PAIN OR PLEASURE



**PAIN**
*Mad*
*Sad*
*Hurt*
*Scared*

**PLEASURE**
*Happy*
*Joyful*
*Calm*
*Love*

### NOTES:

***Biologically-Based Needs:*** *Air, Food, Water, Shelter and Bonding. When needs are unmet, life is experienced on the PAIN side of the Road Map, including feelings of dis-ease (which can turn to disease), distress, distrust, UNHAPPINESS, pain, danger (which is the anticipation of pain), fear and anger.  Bonding (the unique combination of emotional openness and physical closeness), is the only biologically-based need that we can't meet by ourselves. We need another person.*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC

## BONDING AS A BIOLOGICAL NEED



**NOTES:**

*When our needs are met, we are more likely to experience life on the PLEASURE side of the Relationship Road Map, including feelings of ease, eu-stress (the runner's high), trust, HAPPINESS, pleasure, desire, and love. Signs of Happiness include: health, energy, flexibility, creativity, sharing, personal responsibility, capacity for intimacy. Symptoms of Unhappiness include: illness, fatigue, depression, rigidity, constriction, isolation, closed, guarded, wary, anti-social behaviors, and the range of addictions.*



essentials

## VIRGINIA SATIR'S STRESS STYLES OF COMMUNICATION



### NOTES:

*Under stress, the **PLACATER** cancels out their own thoughts, feelings and needs, is eager to please, and has a hard time saying 'no.' Inside, the **PLACATER** can feel taken for granted and build up resentment towards other people. Under stress, the **BLAMER** believes the best defense is a good offense. This communication style is one where the other person's needs and feelings are not taken into account. For the **BLAMER**, it is "all about me!" Inside, the **BLAMER** feels lonely because often no one wants to be around him/her. **BLAMERS** are often angry because they anticipate not getting what they want, including approval.*

PAiRS®

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

# PLACATER, BLAMER, COMPUTER, DISTRACTER



## NOTES:

*Under stress, the **COMPUTER** is the calm, cool and very reasonable one. The computer expresses no feelings and so it is difficult for them to get their needs met. The **COMPUTER** is careful to choose the right words and prefers to avoid mistakes. Inside, the **COMPUTER** decides, "I will not share my feelings and I don't know what to do with your feelings either." The **DISTRACTER** ignores everything….the feelings and the problem. With the **DISTRACTER**, you may notice avoidance of direct eye contact and direct answers, as well as, changes to the subject being talked about. Inside, the **DISTRACTER** feels frightened, confused and distrustful, believes: "I don't know what to do."*

session one



*essentials*

## RUN, FREEZE OR FIGHT



Stress Styles of Communication:

**PLACATER**
Run in Fear
Appeaser

**BLAMER**
Controlling
Abusive
Violent

**BLAMER**
Anger
Fight

**COMPUTER**
Freeze
Super
Reasonable

**DISTRACTER**
Irrelevant

### NOTES:

*How often has your "style" of communication become more of an issue than the issue itself? While each of us may have a primary style, we may have different styles in different relationships and situations. It's not uncommon to be in one style and then suddenly in another, depending on the issue or your partner's reaction. When communicating in these stress styles, ask yourself: How familiar does each style feel? How does one style feel compared to the others? Do you feel heard? Do you feel understood? How do you feel towards yourself? How do you feel towards your partner? Each of these styles create emotional distance instead of closeness and understanding.*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

session one

## STRESS STYLES KEEP US STUCK ON PAIN SIDE



## NOTES:

*The **PLACATER** and **DISTRACTER** run away by cancelling out their own feelings and needs. The **DISTRACTER**, like the **COMPUTER**, can also be a way of freezing -- like a deer caught in the headlights, not knowing what to do with feelings so pretending they don't exist. **BLAMERS** fight, often needlessly escalating conflict and creating distance. All of these styles will keep us stuck on the PAIN side of the Relationship Road Map. The "Emotional Openness" aspect of Bonding means learning to level with each other with empathy, maturity, and a desire for the relationship to win. Each style also has some positive aspects. Can you identify them?*

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

PAiRS®

essentials

## LEVELING STYLE PROMOTES EFFECTIVE COMMUNICATION



### NOTES:

The **LEVELER** combines positive aspects of the stress styles. What's positive about the **PLACATER** style is empathy, as long as it's sincere and doesn't lead to acting one way when you're really feeling something else. The **BLAMER'S** positive aspect is speaking on your own behalf., but with empathy and concern for the other person. The **COMPUTER's** positive trait is the ability to use knowledge and resources to find solutions., so long as you don't cancel out your own feelings or your partner's. What's positive about the **DISTRACTER** is bringing fun and pleasure into the relationship, as long as you return to address the issues later and don't develop a habit of avoiding challenging situations.

PAIRS

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## DTR FOR NURTURING RELATIONSHIPS



## NOTES:

*The **DAILY TEMPERATURE READING**, also known as the "**DTR**," is a tool for watering the garden of your most important relationships. With practice, the DTR becomes a habit, making it natural to look for — and express — appreciations to one another, keep each other up-to-date on the developments in our lives, ask questions about anything we're wondering about so we don't have to assume, express concerns or complaints directly along with specific requests for change, and talk about our individual and shared goals for the future. Many graduates have said using the DTR on a regular basis was the most important tool for creating and sustaining thriving relationships.*



# GOOD TALKING AND GOOD LISTENING

## GOOD TALKING: *Making Sure the Intended Message is Received*

**Good talking is DIRECT.** To send a message that other people can be sure to "catch," you need to say what you mean. Don't "talk around" the subject. Don't just drop hints, or make other people guess. Get to the point!

**Good talking is CLEAR.** Make certain that people can understand what you're saying, and don't just have a "snowy picture" of it. You need to describe things well. You need to make sure that you aren't confusing your listener!

**Good talking is SPECIFIC.** Sending a message well means giving your listener all the necessary information. Don't be vague or general when you talk. Include details that can help the other person know exactly what you're talking about.

**Good talking is HONEST.** For your message to do the most good, it needs to be honest. Don't say something you really don't think or feel, or that doesn't match the facts.

**Good talking is TACTFUL.** Being tactful means being kind. You have to think about others feelings and rights before you speak. You do want to be direct, clear, specific, and honest with them. But you don't want to say things--accidentally or on purpose that will hurt them unnecessarily. Words can hurt.

## GOOD LISTENING: *Listening to Understand*

**Good listening is ACTIVE.** Good listening is more than just waiting until you can talk, or until the other person stops talking or truly says something that interests you. Good listening is doing your best to hear, understand, and help the person who is talking to fully express what they want you to know.

**Good listening is ATTENTIVE.** To listen well, you need to concentrate on what the other person is saying. Make sure you get the full message that they are sending. Don't try to guess what they mean. Don't try to do some-thing else at the same time--like planning what you want to say next--you will probably miss something important!

**Good listening is OPEN.** Good listening means giving the other person the freedom to speak, and giving you the freedom to learn something. To do this, you need an open mind--one that doesn't refuse to hear certain things. After the speaker finishes, you can decide whether you agree or you don't agree with what was said. But while the speaker is talking, you need to agree to fully listen.

**Good listening is RESPECTFUL.** Good listeners never interrupt a speaker in the middle of a sentence. They only start speaking after the other person finishes a sentence and pauses. This way, they make certain that they hear everything the other person wants to say, and that they don't make the other person feel worthless or angry.

**Good listening is CAREFUL.** To be a good listener, you need to ask the speaker right away about anything that you didn't hear well, that isn't clear, or that you didn't quite understand.



# GUIDE FOR CONFIDING ABOUT A COMPLAINT



- Make sure you have enough time to give your undivided attention, which should be a minimum of ten to 15 minutes. Be fully present without distractions, with goodwill and empathy for each other.

- If you are the Speaker, use short sentences your partner can repeat back easily. Be aware of the intention behind your communication.

- As the Listener, repeat what you think you heard your partner say without exaggerating, using comments, distorting or giving advice. Remember, this is not a conversation; the Listener's role is to listen to understand and to tangibly, and empathically, let the Speaker know that the message you are receiving is the message the Speaker intends. Listening to understand is a gift to the relationship.

- Use non-verbal cues such as nodding your head and making eye contact to show you are listening and that you understand.

- Validate your partner's thoughts and feelings. The Listener's job is to help the partner feel understood; not to agree, comment, judge, try to fix the problem, or get into a discussion.

- After completing Talking Tips, you can discuss the issue, reverse roles, or simply complete the exercise with appreciation for the information, awareness, perspective and understanding shared.



## THE LOVE BANK



- Think of your relationship as a Love Bank. It's important to take time to build the balance of your account through regular deposits.

- We make deposits into our Love Bank when we do things that leave our partner feeling cared about. A positive balance in the Love Bank helps provide important protection to our relationships.

- You can make deposits by giving compliments, showing appreciation and gratitude, spending time together, being affectionate, helping out with tasks that are important to your partner, and giving gifts … the actions that express love to your partner.

- Making Love Bank deposits is about doing the things that leave your partner feeling cared for, valued, and important.  Often what makes others feel cared about is different then what we want for ourselves.

- The Love Bank has a five-to-one rule: we must make at least five positive deposits in the Love Bank to neutralize one withdrawal, such as criticizing or making a negative observation.

- Discovering what it takes to fill your Love Bank with actions that communicate, "I care!" will help your relationship grow in love, pleasure and connection. Make a commitment to keeping the balance high.

### NOTES:

*The logic of love and emotions says we are naturally drawn to people who are a source of pleasure in our lives. That means different things to different people, and also changes over the course of a lifetime together. At one moment in our life, it may be connected to someone who helps us succeed in school or find a solution to a particular challenge; at another time, it could be about creating a home, raising children, achieving financial success, companionship, affection, having someone who brings new experiences to our lives, or anything in between. It's important to discover what's a pleasure to your partner and to recognize that many things change over time.*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC

## WHAT MAKES YOU FEEL CARED ABOUT?



## NOTES:

*Don't assume that what makes you feel cared about is the same for your partner. For some of us, kind, affirming words may be most important. For others it may be about spending significant time with each other or expressing love through physical connection. Some particularly enjoy gifts and presents while others may favor actions that help them accomplish pressing goals, assignments, or chores.*

session one

PRACTICAL SKILLS FOR EMOTIONAL LITERACY



## CARING BEHAVIORS WORKSHEET

| I feel cared about when … | How It Makes Me Feel | Enter check (√) marks when noticed |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## CONSIDER SPECIAL CIRCUMSTANCES



**Also think about ways you feel cared about and loved in special circumstances, such as:**

When I am sick _____

When I am tired _____

When I am worried _____

When I am afraid _____

When I am unhappy _____

When we are celebrating _____

## NOTES:

*Lasting relationships involve navigating many of life's passages together. How do we experience and express love during periods of challenge, such as facing illness, fatigue, fear, sadness, and similar circumstances? What about in opposite situations, such as when we're celebrating important milestones, accomplishments or successes? It's important to let significant others know what makes you feel cared about in these situations, and also to know what makes others feel cared about when they are dealing with any of these special circumstances.*

_____

_____

session one



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

essentials

## I'M BEGINNING TO REALIZE ...

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### VIRGINIA SATIR'S "FIVE FREEDOMS"

1. The Freedom to see and hear what is here instead of what should be, was, or will be.

2. The Freedom to say what one feels and thinks instead of what one should.

3. The Freedom to feel what one feels, instead of what one ought to.

4. The Freedom to ask for what one wants, instead of always waiting for permission.

5. The Freedom to take risks in one's own behalf, instead of choosing to be only 'secure' and not rocking the boat.



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

# ESSENTIALS

**session one**

## PAIRS Satisfaction Survey

PAIRS cares about your personal experience. You will receive a brief survey from the PAIRS Foundation by e-mail asking about your experience. Add info@pairs.com to your e-mail white list so that you will receive follow-up information from PAIRS. Please respond to the survey.

## Watch your e-mail for PAIRS Love Notes

After PAIRS receives your survey, you will begin receiving additional information about the materials in PAIRS Essentials directly from PAIRS Foundation. Watch your e-mail for your personal copy of Love Notes.

## PAIRS Practices

1. Make time daily for Daily Temperature Readings. PAIRS strongly encourages you to make a commitment to 15—20 minutes each day for Daily Temperature Readings for 30 days after you begin your PAIRS class.  Remember to always use the DTR and other PAIRS tools with goodwill and empathy.

2. Complaints with Request for Change are a natural part of all human relationships. You can share them inside the DTR by simply saying, "When _____ happens, I feel _____, and what I'd like instead is _____," or practice using Talking Tips to improve and deepen communication, understanding, and empathy.

3. Complete your caring behaviors worksheets and make regular deposits in your Love Bank!

### LEARNING POINTS:

- Levels of Learning

- Stages of Relationship

- Three Hopes/Three Fears

- Relationship Road Map

- Stress Styles of Communication

- **Leveling Style**

- **Daily Temperature Reading**

- **Talking Tips**

- **Love Bank**

- **Caring Behaviors**

*Underlined topics are key tools in the PAIRS Essentials curriculum.*

## NOTES:

_____

_____

_____

_____

_____

_____

_____


PRACTICAL SKILLS FOR EMOTIONAL LITERACY

## SESSION TWO

**Emotional Stages of Development**

**The Emotional Jug and Dirty Fighting**

**Emptying the Emotional Jug**

**Fair Fight for Change**

## NOTES:

*A good relationship is based on mutual respect and a relatively equal balance of power. It involves concern for and sensitivity to each other's feelings and needs, as well as an appreciation of the things that make each partner so special …Within this idea, there is room for arguments, bad moods, differences of opinion, even anger. However, loving partners find effective ways of dealing with their differences, they do not view each encounter as a battle to be won or lost."*

*~ Susan Forward*



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

# CONSTRUCTIVE CONFLICT

## Key goals

● Consider the impact of emotional attitudes on our ability to navigate differences and conflicts that naturally arise in close relationships.

● Discover the influence of negative emotions on our ability to experience love and pleasure and understand how these feelings impact our behaviors.

● Learn the Emptying the Emotional Jug tool for safely confiding emotions on behalf of increased empathy and love.

● Practice the Fair Fight for Change tool for negotiating differences and conflicts on behalf of your relationship vision.

## Topics and Tools

• Emotional Stages of Development

• The Emotional Jug

• Dirty Fighting

• Emptying the Emotional Jug

• Fair Fight for Change

• Time-Out Tip

• Fight Styles and Results Profile

• Guidelines for Coaches



session two

PAiRS
PRACTICAL SKILLS FOR EMOTIONAL LITERACY

*essentials*

## EMOTIONAL STAGES OF DEVELOPMENT



**INFANT**

"I want what I want when I want it!"

**CHILD**

Doesn't say what's wrong… acts it out in behavior and keeps you guessing.

**ADOLESCENT**

"Don't tell me what to do!"

**ADULT**

Capacity for mutual concern; able to listen with empathy; confides needs in caring, positive manner. Desire for relationship to win.

**The INFANT:** Feels a need, but can only cry and must wait for the parents to figure out what the problem may be. <u>Adult 'stuck' in the EMOTIONAL INFANT</u>: Can treat others like an object to meet their needs. That person may be expressing: *"I want what I want when I want it, and you are just an object to give me what I want."*

**The CHILD:** Communicates, but remains dependent on others for meeting their needs; will act out feelings of hurt, fear and resentment. <u>Adult 'stuck' in the EMOTIONAL CHILD</u>: Will *act out* feelings of resentment through distance; pouting, whining, withholding, or placating. That person may say: *"You have things that I want and I will find a way to get them from you."* The emotional child is not honest and will not negotiate openly in the relationship.

**The ADOLESCENT:** Is rebellious with parents and authority figures and in effect says, "Don't tell me what to do!" Has a need to prove they are not dependent. <u>Adult 'stuck' in the EMOTIONAL ADOLESCENT</u>: Cannot give their partner what they want without feeling controlled by them and resenting it. That person may say: *"I cannot listen to you with empathy because I believe you are telling me what to do. You are being critical of me, my beliefs, and my behavior."* Whatever the partner asks for is experienced as control and feels as if they are being treated like a child.

**The EMOTIONAL ADULT:** Has the capacity to demonstrate Goodwill and mutual concern, is open to learning, growing and has a willingness to change. The healthy Emotional Adult will say: *"I can ask for what I need and want, without controlling, manipulating or running from you; I can listen with empathy about how it is for you, without assuming it's only about me."*

One of the important tasks of a loving marriage is that each person functions as an EMOTIONAL ADULT, enough of the time, to resolve problems and is able to give each other support and caring.



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## NEGATIVE FEELINGS RISE TO THE TOP



### NOTES:

The **EMOTIONAL JUG** is a way to think about emotions/feelings. Imagine pouring all of your feelings into an Emotional Jug. The feelings would settle in different layers. At the very top of the Emotional Jug would be a 'cork' that attempts to keep their emotions from leaking out. The top layers of the Emotional Jug are the more powerful negative feelings that people have. These feelings are Anger, Fear, and Sadness. Sometimes people feel confused when all the negative feelings get jumbled up together. Guilt and shame are also feelings that fill up the Emotional Jug. Negative feelings may implode or explode. On the way, they will often leak through dirty fighting.



## DIRTY FIGHTING TACTICS: ACTIVE AND PASSIVE

| DIRTY FIGHTING TACTICS | What I do. | What my Partner does. | What my Partner will say I do. |
|---|---|---|---|
| SARCASM | | | |
| RIDICULING | | | |
| THREATENING | | | |
| ACCUSING | | | |
| LABELING | | | |
| TAUNTING | | | |
| LAUGHING AT | | | |
| ASSUMING | | | |
| SNEERING | | | |
| CONTEMPT | | | |
| IGNORING | | | |
| BLAMING | | | |
| STONEWALLING | | | |
| OTHER | | | |
| OTHER | | | |



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## EMPTYING THE EMOTIONAL JUG

| | |
|---|---|
| What are you **MAD** about? | If you were mad about anything else, what would it be? Thank You! |
| What are you **SAD** about? | If you were sad about anything else, what would it be? Thank You! |
| What are you **SCARED** about? | If you were scared about anything else, what would it be? Thank You! |
| What are you **GLAD** about? | Is there anything else that you are glad about? Thank You! |

- Make sure you have enough time to give your undivided attention, which should be a minimum of 20 to 30 minutes. Listener must be fully present to the Speaker without distractions.

- Practice Emptying the Emotional Jug with issues that are not about the Listener. This is a confiding exercise, not a discussion.

- The Listener is fully present with empathy - not judgment, defensiveness, or the need to "fix it," disqualify, minimize feelings, or interject their own experiences.

- If you are the Speaker, simply express what's there at each step of the exercise. It's not necessary to get into a discussion, feelings are in your gut, not your head.

- Listener should use non-verbal cues to show you are listening and that you have empathy. After completing Emptying the Jug, show appreciation to each other for sharing, listening, and making room for positive feelings.



session two

*essentials*

## FAIR FIGHT FOR CHANGE PROCESS IN TEN STEPS



1. Invite Partner.

8. Show appreciation (for being heard accurately).

9. Partner responds: "Yes," "No," or "Yes with conditions."

2. Reflect on complaint.

7. Partner repeats what you said (speaks with empathy).

10. Continue process until you come to a solution.

3. State Complaint clearly (one specific behavior).

6. Ask for what you want instead (specific behavior). Ask: "*Will you do it?*"

4. Partner repeats what you said (listening to understand, speaks with empathy).

5. Show appreciation (for being heard accurately).

### NOTES:

*The Fair Fight for Change is used to present a complaint and seek a change in the behavior of your partner. It is a negotiation. Fair fighting requires lots of practice and learning. Remember you are using the tool for the benefit of yourself, your partner, and your relationship. Feeling that your partner really understands is very important. Often what lies behind a specific complaint is really a request to feel understood. Empathic listening is as important as sending the message. Coaching helps the fighters to stay with their concerns without violating the structure and to make the fight safe.*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## IF FEELING OVERWHELMED, CALL "TIME-OUT"



**NOTES:**

_____

_____

_____

_____

_____

_____

_____

session two

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

## FIGHT STYLE PROFILE

| Style | Fair | Unfair |
|---|---|---|
| Facial Expression | Open, Responsive, Reflective, Interested, Real | Closed, Guarded, Impassive, Masked, Disinterested |
| Focus | Here and Now, Direct, Specific to the Problem, One Issue, To the point | Past, Generalizing, Gunny sacking, Kitchen Sink |
| Communication | Clear & Relevant, Shared Meaning, Responsive, Accurate feedback, Empathy | No Empathy, No Response, One Way, Inaccurate or No Feedback |
| Information & Reality | Realistic, Accurate, Authentic | Distorted, Fantasy, Lies |
| Comments & Impact | Reasonable, Fair, Above the Belt | Willing to Recognize own Contribution to the Problem |
| Responsibility | Willing to Recognize own Contribution to the Problem | Justifying, Denying, Ignoring own part |
| Openness to Change | Willing and Open to Change | Rigid, Fixed, Unchanging |



essentials

REVIEW COPY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

# FIGHT RESULTS PROFILE

| Profile | Constructive | Destructive |
|---|---|---|
| Importance | Feel more important to partner | Feel less important to partner |
| Influence & Self-Worth | Increased – feel heard and understood | Decreased – feel misunderstood |
| Resentment | Relieved | Inhibited, repressed |
| Hurt & Fear | Decreased | Increased |
| Trust | Increased | Decreased |
| Closeness | Feel closer, more affectionate | Feel more distant |
| Reparation | Hurts mended – willing to or did make up for mistakes or mistreatment | No attempt to make up for mistakes or hurt feeling |
| Forgiveness | Able to forgive partner | Desire to withhold, withdraw, distance or get even |
| Progress | Progress made toward solution | No progress made toward solution |

session two



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

## COACHING GUIDELINES

1.   All discussions are held aloud for all to hear.

2.   Keep couple on track following the 10 Steps.

3.   Call Time Out for Dirty Fighting.

4.   Do not "side" with either person.

5.   Do not "give answers" -- ask reflective questions or offer possible solutions if necessary.

6.   Use Fair Fight Checklist as guide for feedback to the couple.

7.   Be their mirror - reflect back to them what you are observing.

8.   Write down the key points: Complaint, Request for Change, and Agreement.

9.   Encourage Appreciations.

10.  If the couple scores five or more points on the Fair Fight Check List, they have demonstrated a Fair Fight for Change.

**NOTES:**

_____

_____

_____

_____

_____

_____



Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC

# FAIR FIGHT CHECKLIST (SCORECARD)

*Place a check (√) in the box that best scores the couple. If one person gets a "no" place a check mark in the 'No' Box for the couple. Add up the number of check marks in each box for a score.  A score of five or more in the 'Yes' column indicates a successful fair fight for change.*

| Couple | YES | NO |
|---|---|---|
| Did they use Positive Facial Expressions and Body Language? | | |
| Did they stay on one complaint? | | |
| Did they communicate their feelings about the complaint? | | |
| Did the Partner who was listening use empathy in responding? | | |
| Did they share appreciations? | | |
| Did they come to a solution? | | |
| Did they demonstrate goodwill? | | |
| **TOTAL SCORE** | | |

session two



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

REVIEW COPY

## AGREEMENT

### FAIR FIGHT FOR CHANGE
#### Relationship Agreement

**Specific, Measurable Behaviors:**
*As distinct from attitude or character changes, and wishful hopes or possibilities.*

**How this agreement will benefit our relationship:**
*Include both partner's perspectives.*

**Duration of this agreement.**
*You can always chose to extend the agreement longer if it is working well.*

**Schedule times for review and tune-up:**
*Remember that breakdowns are learning opportunities.*

**Our reminders for keeping this agreement alive:**
*Auditory or visual reminders that inspire you to action.*

### NOTES:

_____

_____

_____

_____

_____

_____

_____



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

# AGREEMENT

**session two**

## FAIR FIGHT FOR CHANGE
### Relationship Agreement

**Specific, Measurable Behaviors:**
*As distinct from attitude or character changes, and wishful hopes or possibilities.*

**How this agreement will benefit our relationship:**
*Include both partner's perspectives.*

**Duration of this agreement.**
*You can always chose to extend the agreement longer if it is working well.*

**Schedule times for review and tune-up:**
*Remember that breakdowns are learning opportunities.*

**Our reminders for keeping this agreement alive:**
*Auditory or visual reminders that inspire you to action.*



## NOTES:

_____

_____

_____

_____

_____

_____

_____



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

essentials

## I'M BEGINNING TO REALIZE ...



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

# ESSENTIALS

**Watch your e-mail for PAIRS Love Notes II**

You will be receiving additional information about the materials in this first session of PAIRS Essentials directly from PAIRS Foundation. Watch your e-mail for your personal copy of Love Notes II. Please be sure info@pairs.com is on your e-mail white list so you don't miss this follow-up information.

**PAIRS Practices**

1. Remember to always "invite," and never "inflict" the tools you are discovering in PAIRS.

2. Continue to take time for Daily Temperature Readings.

3. Be intentional about being in your "Emotional Adult" when dealing with conflict and differences.

4. Look for an opportunity to invite a significant other to Empty the Emotional Jug; practice being fully present with empathy and goodwill. Ask your partner to be present for you to practice too.

5. Be aware of instances in which dirty fighting takes place. If you see yourself dirty fighting, pause to reflect on what you've discovered in PAIRS, look for opportunities to deal with differences using the skills you're learning.

6. Support yourself in successfully honoring your Fair Fight for Change agreement.

**LEARNING POINTS:**

- Emotional Stages of Development

- Emotional Jug

- Dirty Fighting

- **Emptying the Emotional Jug**

- **Fair Fight for Change**

- Fight Style Profile

- Fight Results Profile

- Fair Fight Checklist

- *Underlined topics are key tools in the PAIRS Essentials curriculum.*

**session two**

**NOTES:**

_____

_____

_____

_____

_____

_____

_____



## SESSION THREE



Love Knots and Untangling Love Knots

Powergram

Emotional Allergies

Transforming the Loop

**NOTES:**

_____

_____

_____

_____

_____

_____



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

# EMOTIONAL LITERACY

## Key goals

- Uncover and reconsider Love Knots, the hidden expectations and assumptions that are unique to intimate relationships.

- Create a model for shared decision-making and accountability based on your personal relationship vision and mutual respect.

- Identify causes of intense emotional reactions and consider the impact on close relationships.

- Learn process for transforming negative reactions and patterns into increased empathy, understanding and love.

## Topics and Tools

- **Love Knots**

- **Untangling Love Knots**

- **Powergram**

- **Emotional Allergies**

- **Emotional Allergy Infinity Loop**

- **Transforming the Loop**



session three

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

**PAIRS**

*essentials*

# HIDDEN ASSUMPTIONS AND EXPECTATIONS

*Hidden assumptions and expectations can create distance and misunderstanding in relationships.*

*Love Knots are commonly held beliefs that seem to be true. However, they are not true because they are not based on logical, realistic thinking. Love Knots can be very harmful to a relationship.*

*PAIRS founder Lori Gordon identified various assumptions and expectations that many couples have about their relationships. (Love Knots; 1996). Consider these examples.*

## Love Knot # 1

*"If you really loved me, you would know what i want, and you would do it. Since you don't, you obviously don't care."*

### Untangled

*"I cannot assume that you know what i want and need. I will ask for what I want and not expect you to know."*

## Reflection

*When have you waited for others to guess what you want and do it, becoming disappointed, hurt, or distant when they didn't?*

*What happened as a result?*

_____

_____

_____



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

# TYPICAL LOVE KNOTS

## Love Knot # 2

*"When I tell you how i feel, you interrupt, disagree, give advice, judge, or dismiss my feelings. I stop telling you. I distance myself from you."*

### Untangled

*"If I want you to listen to me and to hear me without comment, I need to ask for that. Advice is not helpful when the person does not want it. Learning how to listen more attentively is often more important than giving advice."*

## Reflection

*Are there people in your life who you've stopped confiding in because you didn't like their reaction? How has that affected your relationships?*

*What might be possible in your relationship if you could ask your partner to just listen with empathy?*

_____

_____

## Love Knot # 3

*"If you are in pain, I believe i should be able to fix it. I don't know how to fix it, so i feel inadequate. I get angry with you for making me feel inadequate. I withdraw from you and blame you when you are in pain."*

### Untangled

*"When you are in pain I can be supportive without believing I have to provide a solution. I can listen, empathize and acknowledge what you say. I will respect and honor your feelings as well as your ability to ask for what you want."*

## Reflection

*Have there been times in your life when you couldn't make things better for someone you cared about? How did you feel about the situation? About yourself? About the other person?*

*How can you be supportive of someone going through a difficult time? What would you like from your partner when you are in pain?*

_____

_____

session three



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

*essentials*

## TYPICAL LOVE KNOTS

### Love Knot # 4

*"If I tell you what I want and you do it, It doesn't count (because I had to tell you). If you try to guess what I want and you don't get it right, I get angry."*

### Reflection

*How often have you experienced double binds in your relationships where no matter what happens, everyone loses?  What happens to love in these situations?*

#### Untangled

*"I cannot expect you to know what I want. Nor can I expect you to do anything exactly the way I would. I can still appreciate the gift of whatever you do because you believe I would like it."*

*Reflect on a time you got angry because someone didn't do something the way you wanted. Can you also remember being on the receiving end of this double bind? What would help you appreciate others for what they do, even when it's not done exactly the way you want?*

### Love Knot # 5

*"If I let myself get close to you, I will need you. If I am too dependant and need (love) too much, I will not be able to survive without you. I will become weak."*

### Reflection

*This can be a self-fulfilling prophecy. Can you remember a situation where your fear of losing someone or something important to you led to exactly what you most feared? Sometimes. fears about the future can be so powerful that we miss opportunities to experience love, happiness, pleasure and fulfillment in the present.*

#### Untangled

*"I can enjoy being close to you, yet survive on my own if I need to. As an adult I am not helpless. I can make a new life for myself if I have to. Meanwhile, the pleasures of intimacy are among life's most fulfilling gifts."*

*What fears about the future are getting in the way of embracing the gift of closeness and connection with those who are most important in your life today?*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC

## TYPICAL LOVE KNOTS

### Love Knot # 6

*"if we don't agree, one of us must be wrong. If it's me, that means I am bad, stupid, ignorant, or inadequate. So it can't be me. I must prove that it's you so I won't feel like a failure."*

### Untangled

*"We should be able to disagree. We are all unique, and disagreements are a natural reflection of our uniqueness."*

### Reflection

*How do you feel when a significant other disagrees with you? What price has your relationship paid for arguments about different views and perspectives?*

*Consider a time when you argued or distanced from someone who was important in your life because you didn't agree. What would help you embrace future differences as a natural part of all relationships and become open to hearing and considering other views without having to agree with each other?*

### Love Knot # 7

*"If I ask what you are thinking or feeling, I believe I am intruding (as you would tell me if you wanted me to know). If I don't ask, you believe I'm not interested, so you never tell me. We live as strangers."*

### Untangled

*"Confiding is the life blood of intimacy. I need to be able to ask for information, and you need to be able to volunteer it when I don't ask, if we are to nurture our relationship. It is crucial that we speak our truths, ask our questions, and keep each other informed."*

### Reflection

*Remember a period in your life when it was natural to have open, flowing conversations together. How did that feel? What did it mean to you to know that you could talk about anything and everything with each other?*

*What does it mean to have a witness to your life, and to be a witness to someone else's life? What would make it natural and safe for others to share their thoughts and feelings with you? What do you need from others?*

session three



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

*essentials*

## YOUR LOVE KNOTS

*Place a check (√) mark if a given Love Knot fits for you. Then place a question mark (?) in the next box if you suspect that Love Knot fits for your partner.*

| Love Knot # | Love Knot Description (May Reword to Fit) | Fits for me | Suspect Fits for my Partner |
|---|---|---|---|
| 1. | If you really loved me, you would know what I want, and you would do it. Since you don't, you obviously don't care. | | |
| 2. | When I tell you how I feel, you interrupt, disagree, give advice, judge, or dismiss my feelings. That's not what I want. I stop telling you. I distance myself from you. | | |
| 3. | If you are in pain, I believe I should be able to fix it. I don't know how to fix it, so I feel inadequate. I get angry with you for making me feel inadequate. I withdraw from you and blame you for being in pain. | | |
| 4. | If I tell you what I want and you do it, it doesn't count (because I had to tell you). If you try to guess what I want and you don't get it right, I get angry. | | |
| 5. | If I let myself get close to you, I will need you. If I am too dependent and need (love) you too much, I will not be able to survive without you. I will become weak. | | |
| 6. | If we don't agree, one of us must be wrong. If it's me, that means I am bad, stupid, ignorant, or inadequate. So it can't be me. I must prove that it's you so I won't feel like a failure. | | |
| 7. | If I ask what you are thinking or feeling, I believe I am intruding (as you would tell me if you wanted me to know). If I don't ask, you believe I'm not interested, so you never tell me. We live as strangers. | | |

REVIEW COPY



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

## UNTANGLING A LOVE KNOT



## NOTES:

*Be fully present without distractions, with goodwill and empathy for each other. If you are the Speaker, use short sentences your partner can repeat back easily. As the Listener, repeat what you think you heard your partner say without exaggerating, using comments, distorting or giving advice. This is not a conversation.  Use non-verbal cues.. Validate partner's thoughts and feelings. Help partner feel understood; do not agree, comment, judge, try to fix the problem, or get into a discussion. Afterwards, discuss the issue, reverse roles, or simply complete the exercise with appreciation for the information, awareness, perspective and understanding shared.*

*session three*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

essentials

## POWERGRAM - WHO DECIDES?



**NOTES:**

_____

_____

_____

_____

_____

_____

_____



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## DECISION-MAKING WORKSHEET

| Decision Making Topic | My Decision | My Decision with Your Input | OUR Decision We Need To Agree | Your Decision with My Input | Your Decision |
|---|---|---|---|---|---|
| My work hours | | | | | |
| Who does the laundry | | | | | |
| Time to go to bed | | | | | |
| Time spent together | | | | | |
| Who helps with school work | | | | | |
| Who does the grocery shopping | | | | | |
| Sets rules for the children | | | | | |
| Who changes the diapers | | | | | |
| What we/children eat | | | | | |
| How often we make love | | | | | |
| Who manages the money | | | | | |
| Who takes out the garbage | | | | | |
| Time spent apart | | | | | |
| Phone calls | | | | | |
| Affection in Public / Private | | | | | |
| Friends | | | | | |
| Other: | | | | | |
| Other: | | | | | |
| Other: | | | | | |
| Other: | | | | | |

session three



## EMOTIONAL ALLERGY NEGATIVE INFINITY LOOP



**My Allergy**

**My Feelings**

**My Belief**

**My Behavior**

**Your Allergy**

**Your Feelings**

**Your Belief**

**Your Behavior**

**Dirty Fighting**   **Dirty Fighting**

### NOTES:

*Having the intensity of an Emotional Allergy makes something feel much worse than the actual current situation might be. When we have an Emotional Allergy, we feel much worse than others might feel, and we wind up reacting with more intensity than others might understand or accept. It's as if we hand the bill for something someone did to us in the past to someone in the present. We can find ourselves stuck in an Emotional Allergy Negative Infinity Loop when our intense response triggers an Emotional Allergy in the other person.*



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

essentials

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

session three

## EMOTIONAL ALLERGY NEGATIVE INFINITY LOOP



**My Allergy**
**(TRIGGER)**
Raising your voice in anger

**Your Allergy**
**(TRIGGER)**
Silent Treatment

**My Feelings**
Fear
Hurt
Anger

**Your Feelings**
Fear
Hurt
Anger

**My Belief**
Anyone who yells at me, does not love me

**Your Belief**
Anyone who stops speaking to me does not respect me

**My Behavior**
I give you the silent treatment for yelling

**Your Behavior**
I raise my voice again and you continue not to speak to me

## NOTES:

*The loop represents two separate people; she on one side, he on the other, joined and bonded to each other. Each person brings their own allergies of their past. One person's loop can begin with a triggering event by the other person's behavior. For example: When you raise your voice in anger, it triggers my fear and hurt. The behavior you receive from me is silent treatment. When you get the silent treatment, it triggers your hurt, anger, and fear because of your belief that anyone not speaking to you doesn't respect you.*



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

## IDENTIFYING EMOTIONAL ALLERGIES

### An Emotional Allergy I have for myself is:

When you….

I feel…

I think…

I worry about….

I behave by…..

### Emotional Allergy you suspect for your partner:

When you behave like…

I feel…

I remember…

I believe…

I behave by…

REVIEW COPY

Copyright © 2008 PAIRS Foundation, Inc.  and Partnership Skills, LLC

essentials

PAiRS®

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

# CONFIDING AN EMOTIONAL ALLERGY



## NOTES:

*Be fully present without distractions, with goodwill and empathy for each other. If you are the Speaker, use short sentences your partner can repeat back easily. As the Listener, repeat what you think you heard your partner say without exaggerating, using comments, distorting or giving advice. This is not a conversation.  Use non-verbal cues.. Validate partner's thoughts and feelings. Help partner feel understood; do not agree, comment, judge, try to fix the problem, or get into a discussion. Afterwards, discuss the issue, reverse roles, or simply complete the exercise with appreciation for the information, awareness, perspective and understanding shared.*



essentials

## TRANSFORMING THE LOOP

### Partner One

**My Allergy:**
(TRIGGER)

*To your raising your voice in anger*

**Confiding My Feelings of**
Fear, Hurt, Anger

**My Changed Belief:**
You are not the person in my past.

You do love me. I can trust you to listen to my feelings and care.

**My New Behavior (Confiding):**

[You respond by listening with Empathy]

**I Say:** *When you yell at me, it scares me. I am afraid you will leave me like my father did.*



### Partner Two

**Your Changed Feelings**
Sympathy

**Your Changed Belief:**
Its not against me.

**Your Changed Behavior**
Empathy, reassurance, affection, comfort

### NOTES:

_____

_____

_____

_____

_____

_____

_____



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## LOOP OF VULNERABILITY AND EMPATHY

*session three*

**Vulnerability:**

- *Allowing another person to see the parts of you that are scared, hurt, sad, and lonely, etc.*

- *Taking a risk to share your deepest thoughts and feelings with another person even when you are not sure how they will react.*

**Empathy:**

- *Imagining what it feels like to be in the other person's shoes*

- *Imagining what that person thinks and feels.*



# LOVE

## NOTES:

*When we become aware of intense feelings, we can choose to react or we can choose instead to be vulnerable, to allow another person to see the parts of us that are hurt, sad or angry. If the other person reacts with empathy (imagining what we are feeling and experiencing), we can create a positive **Loop of Vulnerability and Empathy: LOVE**.*

PAiRS
PRACTICAL SKILLS FOR EMOTIONAL LITERACY

## I'M BEGINNING TO REALIZE ...

*"It is only with the heart that one can see clearly. What is essential is invisible to the eye."*

*~Antoine de Saint-Exupéry*

*The Little Prince*



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

# ESSENTIALS

**Watch your e-mail for PAIRS Love Notes III**

You will be receiving additional information about the materials in this final session of PAIRS Essentials directly from PAIRS Foundation. Watch your e-mail for your personal copy of Love Notes III, including your 30-Day Preventive Maintenance Plan and expanded PAIRS Tool Kit. Please be sure info@pairs.com is on your e-mail white list so you don't miss this follow-up information.

**PAIRS Practices**

1. Continue to take time for Daily Temperature Readings.

2. Complete your Powergram and schedule a time for periodic review (monthly, quarterly, semi-annually?).

3. Review the PAIRS Tool Kit and look for regular opportunities to continue practicing PAIRS skills.

4. Create your personal 30-Day Preventive Maintenance Plan using the information and worksheets you'll receive in an upcoming edition of Love Notes.

**LEARNING POINTS:**

- Love Knots
- **<u>Untangling Love Knots</u>**
- **<u>Powergram</u>**
- **<u>Emotional Allergies</u>**
- **<u>Transforming the Loop</u>**

*Underlined topics are key tools in the PAIRS Essentials curriculum.

*   *Underlined topics are key tools in the PAIRS Essentials curriculum.*

**NOTES:**

_____

_____

_____

_____

_____

_____

_____



*session three*

PAiRS
PRACTICAL SKILLS FOR EMOTIONAL LITERACY

essentials

# PAIRS ESSENTIALS TOOL KIT

| Problem or feeling | Tool Tip to use | To do for yourself | To do with your partner | Notes |
|---|---|---|---|---|
| Feeling disconnected. | LEVELING STYLE | Take time to be fully present to the treasure that is you. | Get away from distractions to focus and be fully present for each other. | Create regular opportunities to connect with empathy and honesty. |
| Sense of growing distance | DAILY TEMPERATURE READING | Speak up for the relationship. | DTR will strengthen both partners' intimacy and develop the habit of confiding. | Set aside time daily. Give hugs and thanks! |
| Attempting to resolve problems under stress | TIME OUT | Stop all talking immediately. State how much time you would like. | Do not continue to think badly of partner. Do not use drugs/alcohol. | Resume talking to discuss and resolve the problems. |
| Wanting to feel cared about and loved | CARING BEHAVIORS LOVE BANK | Take care of you! | Add to Caring Behaviors list. Do several each day. | Revisit ways of filling your Love Bank. |
| Upsetting reaction to partner's behavior | TALKING TIPS GUIDE | Review Talking Tips for yourself first. | Partner listens with empathy for understanding about what is troubling. | Listening partner repeats back until meaning is clear. No arguing. |



PRACTICAL SKILLS FOR EMOTIONAL LITERACY

Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

## PAIRS ESSENTIALS TOOL KIT

tool kit

| Problem or feeling | Tool Tip to use | To do for yourself | To do with your partner | Notes |
|---|---|---|---|---|
| Feeling emotionally overwhelmed | EMPTY THE JUG | Seek comfort and understanding. | Partner listens with empathy for understanding. | Thank your partner for having good will to listen to what you had to say. Show appreciations. |
| To ask for a behavior change from partner | FAIR FIGHT FOR CHANGE | Know what behavior change you want and why. | Invite partner for a FFFC and prepare to negotiate outcome. | Use Talking Tips guide or Time Out to manage strong emotion. Stay to one subject. |
| Who should decide | POWERGRAM | Think through who should make the decision. | Use tools to discuss. | Need all tools, Shared Meaning, Talking Tips to FFFC. |
| Full resentment of partner | LOVE KNOTS | Identify your underlying belief. | Clarify with partner. | Reflect on what is true for partner rather than my assumptions. |
| Angry at partner's behavior | EMOTIONAL ALLERGY | Reflect on why you're so upset. | Reflect on why you're so upset. | New understanding of my partner's reactions. |

PAiRS

PRACTICAL SKILLS FOR EMOTIONAL LITERACY

## I'M BEGINNING TO REALIZE ...



Copyright © 2008 PAIRS Foundation, Inc. and Partnership Skills, LLC

# PARTICIPANT CLASS EVALUATION FORM

evaluation

**Instructor Name/s:** _____ **City/State:** _____ **Date:** _____

**Please circle the number that best represents your overall satisfaction with your experience in PAIRS ESSENTIALS:**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Poor | Average | Good | Very Good | Excellent |

**Please circle the number that best represents your overall satisfaction with the Instructor(s) of PAIRS ESSENTIALS:**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Poor | Average | Good | Very Good | Excellent |

**What did you most like about your experience in PAIRS ESSENTIALS?**

**How do you think the information and skills will be useful in your life?**

**Was there anything you did not like about PAIRS ESSENTIALS?**

**How would you describe the instructor/s, including style of presentation, knowledge of content and anything else important to you?**

**Please let us know the value to you of each of the following exercises (listed below). Circle choice for each. Highest rating is 4.**
**Scale: 4 = Extremely Valuable   3 = Valuable   2 = Somewhat Valuable   1 = Not Valuable**

| Content | Score | Content | Score | Content | Score |
|---|---|---|---|---|---|
| Levels of Learning | 4 - 3 - 2 - 1 | Caring Behaviors Worksheet | 4 - 3 - 2 - 1 | Fair Fight Checklist (Scorecard) | 4 - 3 - 2 - 1 |
| Stages of Relationship | 4 - 3 - 2 - 1 | Emotional Stages of Development | 4 - 3 - 2 - 1 | Relationship Agreement | 4 - 3 - 2 - 1 |
| Three Hopes/Three Fears | 4 - 3 - 2 - 1 | The Emotional Jug | 4 - 3 - 2 - 1 | Love Knots/Untangling Love Knots | 4 - 3 - 2 - 1 |
| Relationship Road Map | 4 - 3 - 2 - 1 | Dirty Fighting Worksheet | 4 - 3 - 2 - 1 | Powergram - Who Decides | 4 - 3 - 2 - 1 |
| Communication Stress Styles | 4 - 3 - 2 - 1 | Emptying the Emotional Jug | 4 - 3 - 2 - 1 | Decision-Making Worksheet | 4 - 3 - 2 - 1 |
| Leveling/Congruent Style | 4 - 3 - 2 - 1 | Fair Fight For Change (FFFC) | 4 - 3 - 2 - 1 | Emotional Allergy Infinity Loop | 4 - 3 - 2 - 1 |
| Daily Temperature Reading | 4 - 3 - 2 - 1 | Time out Tip | 4 - 3 - 2 - 1 | Emotional Allergy Worksheet | 4 - 3 - 2 - 1 |
| Good Talking & Listening | 4 - 3 - 2 - 1 | Fight Style Evaluation | 4 - 3 - 2 - 1 | Confiding Emotional Allergy | 4 - 3 - 2 - 1 |
| PAIRS Talking Tips | 4 - 3 - 2 - 1 | Fight Results Profile | 4 - 3 - 2 - 1 | Transforming the Loop | 4 - 3 - 2 - 1 |
| Love Bank Account | 4 - 3 - 2 - 1 | Guide for Coaches | 4 - 3 - 2 - 1 | Love Notes (electronic) | 4 - 3 - 2 - 1 |

**Would you recommend PAIRS?** ☐ Yes ☐ No   **Would you like to participate in other PAIRS experiences?** ☐ Yes ☐ No

**Name:** _____ **Daytime Telephone:** _____

**E-mail:** _____ @ _____

**PAIRS**
**PRACTICAL SKILLS FOR EMOTIONAL LITERACY**