# EXHIBIT E

**DRAFT**     **DRAFT**     **DRAFT**     **DRAFT**





# START SMART WORKBOOK

For couples completing the ZOE Premarital inventory

**YOUR NAME:** _____

# TABLE OF CONTENTS

**OVER VIEW**.................................................................................................... 3-4

# SECTION I

**(4-5 hours including taking ZOE inventory)**
**Before you Begin – On Your Own**

**Exercises that must be completed BEFORE Start Smart course, marriage coaching**

Zoe Follow-Up Session (30 min) ......................................................... 5
Exposing Marriage Myths – Are You Ready to Get Married? (10 min) ............... 6
Deciding To Marry – The Power of Choice (5 min) ............................... 7
Personality Assessment (10 min)........................................................ 8
Common Characteristics for Personality Types (10 min) ..................... 9-10
Track Your Spending for One Month (60 min) ..................................... 11
Managing your Money (10 min) .......................................................... 12
Family Budget Planning Sheet (60 min).............................................. 13

# SECTION II

**(4 hours)**
**Start Smart – Course Work**

Culture of Belonging/Rejection, Daily Temperature Reading, Sex and Intimacy .
Happy face, Nothing Box, Anger study ................................................
Design your paradise, Dialogue Guide, Four Horsemen of Divorce ...................
Finances, Covenant or Contract.............................................................
Things I love and adore about my future Spouse................................. 14
PAIRS Communication Skills .............................................................. 15-16
The Road to Financial Security ........................................................... 17-19
The 5 Biggest Retirement Mistakes .................................................... 20-21
Getting to Know you (101 questions) .................................................. 22-25
Marriage Commitment Pledge............................................................. 26

# APPENDIX

Program Evaluation ........................................................................... 27-28
Certificate of Completion ................................................................... 29
Marriage and Family Resources  ....................................................... 30-31

# OVERVIEW

## Are You "Fit" To Be Tied?
Plan for your wedding AND your marriage!

By Richard Albertson



Will the perfect dress, the beautiful new set of china, and a few words of sound advice from your parents really be enough to prepare you for a lifelong marriage?

Marriage is the deepest, most intimate, and potentially the most gratifying of all human relationships, but it is also one of the most demanding.  Unfortunately many engaged couples are so focused on preparing for their wedding, they forget to prepare for their marriage.  Why not plan for both your wedding AND your marriage?

Marriage can be one of life's sweetest adventures, but it is also one of the riskiest.  With the divorce rate hovering around 40-50% for first marriages, it's shocking that so few people take marriage preparation seriously.  One study of young adults found that more than 90 percent say they believe marriage preparation is important, but only 35% intend to formally prepare.

**Common Problem Areas**
Many young couples' expectations of marriage revolve around the false belief that love will get them through rough times.  While love is important, it won't be enough if you do not have the basic knowledge and skills for a successful marriage.  Lasting marriages require partners who respect one another, have gained knowledge about what makes marriage work, and have developed skills that will help the relationship go the distance.

**Most couples face their most serious challenges during the first five years of marriage. The "top ten problem areas" researchers have identified are:**
- Balancing job and family
- Frequency of sexual relations
- Debt brought into marriage
- Employment
- Finances
- Expectations about household tasks
- Constant bickering
- Communication with spouse
- Problems with parents or in-laws
- Lack of time spent together

Through active marriage preparation, many of these problems can be avoided, or at least minimized, so they don't become toxic to an early marriage.

**Why ZOE and Start Smart?   EXPLAIN MORE**
ZOE and Start Smart incorporate a menu of options including 1) a premarital inventory 2) a Start Smart course, and 3) Marriage Coaching or mentoring provided by trained married couples.

3

**Benefits of Marriage Preparation**

Is marriage preparation effective?  The overwhelming weight of scholarly research says yes!  According to Dr. Jason Carroll and Dr. William J. Doherty, couples who participate in premarital programs experience a 30% increase in marital success over those who do not participate.  They report improved communication, better conflict management skills, higher dedication to one's mate, greater emphasis on the positive aspects of a relationship, and improved overall relationship quality.   These benefits appear to hold for six months to three years after the program is over.  Research also shows that marriage preparation can help prevent divorce.

Participating in premarital education is both fun and informative. Couples learn many things about their future spouse that they never even thought about before. They often have eye-opening experiences that can be both enlightening and humorous. Premarital education also helps couples discover areas of disagreement before they get married. Sometimes these discussions uncover information and behaviors that will be destructive to the marriage relationship – critical information to know *before* marriage.

Whatever options you choose from the ZOE menu, remember the more you learn BEFORE you get married, the more likely your marriage will last long after that last bite of wedding cake.

Richard Albertson is Founding President of Live the Life in Tallahassee, FL.  Live the Life is dedicated to strengthening marriages and families.  Richard is trained and certified in several premarital programs including ***Start Smart***, ***PrePAIRS***, **WAIT**, ***FOCCUS***, and ***How to Avoid Marrying a Jerk***. For more information, call (850) 668-3700, email richard@livethelife.org or visit  www.livethelife.org

# ZOE FOLLOW-UP SESSION
## Your First Exercise!

Congratulations on completing the ZOE premarital inventory!   Now go get a cup of coffee and process the experience with your future spouse.  Following are some suggested discussion topics.  Please write your answers in the blank spaces provided and then share them with one another.

- As I took the inventory, I felt…

- The questions that stuck in my mind from the ZOE inventory were…

- The quality I love most in you is…

- The area of our relationship I had the most difficulty answering questions about was…

- The area of our relationship I have the most confidence in is…

- An area that I had never thought of until we took the inventory was…

- After completing the inventory, I realize one strength we will bring to our marriage is…

- After completing the inventory, I realize one area we need to work on is…

- I am thankful for you because…

- I fell in love with you because…

# EXPOSING MARRIAGE MYTHS
## Are you ready to get married?

**Exposing some myths about marriage:**
- **Unspoken Rules**: Everyone has these rules, but they are mostly unaware of them until their spouse breaks them.  Some examples:
  - *"Christmas dinner is served at noon and Roast Beef is always the main course"*
  - *"Bed sheets need to be washed weekly"*
  - *"The toilet seat must be lowered after every use"*
  - *"Dirty dishes should never be left in the sink"*
  - *"Meals are always served on china, not paper plates"*
- **Unconscious Roles:**  Expecting your future spouse to play the role you expect them to play, but they may be surprised by your assumption and have no interest in playing that role.  Some examples:
  - *"Laundry is women's work"*
  - *"He will wake up every morning sharing his thoughts and feelings with me"*
  - *"Once we get married, she will have sex with me every night"*
  - *"He will dress up every Sunday and take me to church"*
- Everything good will get better, everything bad will simply disappear "because we love each other"
- **"My spouse will make me whole."**  Contrary to what Jerry McGuire says, believing the line "you complete me" is a common myth.  Whenever you believe someone else will make you whole, or will "complete" you, this places a weight on another person that no human being can ever bear.  Dr. Les Parrot puts it this way:

> "If you try to build intimacy with another person before you have done the hard work of making yourself whole, all your relationships become an attempt to complete yourself, and fall disappointingly flat."  Dr. Les Parrot

**What are you looking for?  Choose someone…**
- With similar core values
- With a servant's heart.  Are they quick to give to others, quick to go the second mile in helping others, quick to offer assistance?  NOT someone who seems to live only for himself/herself, withdraws from the needs of others
- Who "shines" when pressed.  You can tell a lot about someone's true character when they are under pressure, and life gets difficult
- That you would feel honored to bring home to meet mom, dad, and the grandparents
- Who submits to authority, and does not have a defiant "lone ranger" attitude

**You are ready to date and marry when you:**
- Have a clear picture in your mind of the kind of person you will choose to marry, and when you have resolved in your heart that you will not settle for less
- Do not have to compromise any aspect of your character in order to be with him/her
- Are willing to be single rather than make a bad choice of a marriage partner
- Keep the passion "fire" contained within proper physical boundaries before marriage
- Are more concerned with BECOMING the right person than MEETING the right person

(With appreciation to Dr. Tommy Nelson's "Sacred Romance")

# Deciding To Marry – The Power of Choice

**1.  Deciding to Choose**
- I choose to be here.
- I can choose to be committed to this process and my future marriage.
- I can choose to see my future marriage as a lifelong union.

**2.  Deciding to Own**
- I own my actions, I am responsible for what I do.
- I own my words and speak only for myself.
- I own my feelings. When I am angry, I will not attack you.

**3.  Deciding to Change**
- I am free and responsible for my personal change.
- I can change the way I see and handle problems and conflicts.
- I can change the way I see my future spouse.

**4.  Deciding to Understand**
- I can listen deeply to my future spouse.
- I can validate my spouse's feelings and perceptions (even if I don't agree with them).
- I can keep confidential what is disclosed here.

It is my free and conscious decision to do whatever it takes in thought, word and action to strengthen our future together in marriage from this day forward.

_____        _____
Signature of the Bride                                                         Date


_____        _____
Signature of the Groom                                                         Date

**PERSONALITY ASSESSMENT**  **Need permission from Gary Smalley**

**Instructions:**  In each box, circle each word or phrase that describes a **consistent character trait** of yours at home.  Total the number circled and double your score.  Circle which letter represents your highest score.

| L | O |
|---|---|
| Likes authority | Enthusiastic |
| Takes charge | Takes risks |
| Determined | Visionary |
| Confident | Motivator |
| Firm | Energetic |
| Enterprising | Very verbal |
| Competitive | Promoter |
| Enjoys challenges | Friendly, mixes easily |
| Problem solver | Enjoys popularity |
| Productive | Fun-loving |
| Bold | Likes variety |
| Purposeful, Goal driven | Spontaneous |
| Decision maker | Enjoys change |
| Adventurous | Creative – new ideas |
| Strong willed | Group oriented |
| Independent, Self-reliant | Optimistic |
| Controlling | Initiator |
| Persistent | Infectious laughter |
| Action oriented | Inspirational |
| Total x 2 = _____ | Total x 2 = _____ |

| G | B |
|---|---|
| Sensitive feelings | Enjoys instructions |
| Loyal | Accurate |
| Calm, even keel | Consistent |
| Non-demanding | Controlled |
| Avoids confrontations | Reserved |
| Enjoys routine | Predictable |
| Dislikes change | Practical |
| Warm and relational | Orderly |
| Gives in | Factual |
| Indecisive | Conscientious |
| Dry humor | Perfectionist |
| Adaptable | Discerning |
| Sympathetic | Detailed |
| Thoughtful | Analytical |
| Nurturing | Inquisitive |
| Patient | Precise |
| Tolerant | Persistent |
| Good listener | Scheduled |
| Peace Maker | Sensitive |
| Total x 2 = _____ | Total x 2 = _____ |

## Common Characteristics for Personality Types

**(LION GRAPHIC – ROARING)**

**"L" is for Lion, a "hard sided" lover.  Lions…**
- Are born leaders who love to be in charge
- Like to accomplish things with immediate results
- Have a time frame that is RIGHT NOW
- Are decisive, but may not consult others
- Want the "Reader's Digest" length communication – get to the bottom line
- Often feel threatened by questions
- Are not afraid of pressure or confrontation.  They gain energy from conflict
- Like to solve problems
- Love challenges and opportunities to get things done
- Want their directives followed without questioning
- Demand allegiance
- Love to change things.  While you are away, they will rearrange the room
- Are doers
- Love the spotlight and the applause of the crowd

> *Relational Challenge for Lions:  Once Lions roar, others can become afraid or intimidated by them.  People keep them at an emotional arm's distance because they might seem distant, angry, unapproachable, or all three.  The challenge for Lions is to not compromise their hard sided strengths while adopting some "soft-sided" traits to achieve balance.*

**(OTTER GRAPHIC – PLAYFUL, having fun)**

**"O" is for Otter, a "soft-sided" lover.  Otters…**
- Just want to have fun
- Are great at motivating others to action
- Tend to avoid confrontation at all costs
- Are optimistic and focus on the future ("Trust me, everything will work out fine")
- Tend to avoid the fine print and details
- Are tremendous networkers (but won't know anyone's last name)
- Love the spotlight and entertaining others
- Prefer choices and options, not limits.  Think the word "boundaries" is a dirty word
- Are the life of the party – without Otters, the party will be dull and boring
- Have a strong desire to be liked by others, and are vulnerable to peer pressure
- Are excitable
- Are cheerleaders
- Love to talk
- Want to be involved in decisions
- Enjoy "off the wall" humor
- Key phrase is something like "Lighten up!"  or "Don't worry, be happy"
- Are soft and encouraging with people
- Can have 25 "best friends"

> *Relational Challenge for Otters:  Otters find it easy to be soft on people. It is also easy for them to be soft on problems, and ignore them.  Otters need to learn to say "no" and adopt the "hard-sided" balance of setting healthy boundaries to achieve balance.*

**(Beaver image- hardworking and industrious)**

**"B" is for Beaver, a "hard sided" lover.  Beavers…**
- Keep a close lid on their emotions – they feel they must keep emotions contained
- Actually read the instruction manuals and then alphabetically file them
- Like to make careful and intentional decisions
- Like to use their critical thinking skills to solve problems
- Like the motto "Do it right the first time"
- Freeze up during confrontations, and often turn anger inward
- Tend to focus on the past
- Like maps, charts, and organization
- Provide great quality control
- Have deep feelings for those they love, although they are uncomfortable showing them
- Have high standards and like rules and consistency
- Slow down under pressure
- Need a non-critical atmosphere to do their best work
- Need praise of their character as well as of their accomplishments
- Go "by the book"

> *Relational Challenge for Beavers:  Beavers make wonderful employees, friends, and family members.  When beavers are "out of balance" they tend to relate only on the "hard-side" of love and relationships, often believing that the issue is more important than the person, which puts them at risk for losing at love.  Developing soft-sided traits like openly expressing thoughts and feelings will help bring them into relational balance.*

**(Golden retriever image- friendly - loyal)**

**"G" is for Golden Retriever, a "soft-sided" lover.  Golden Retrievers…**
- Above all, are LOYAL!
- Are "natural" experts at relationships - generally have a few close friends with deep, close relationships
- Have a deep need to please others, and deeply affected by what others think of them
- Have hearts full of love, understanding, and compassion
- Often react strongly to sudden changes
- Tend to avoid confrontation at all costs
- Are the very definition of the word "adaptable"
- Hold stubbornly to what they feel is right
- Can absorb intense emotional pain and still remain committed
- Can be indecisive – don't like to make decisions
- Are great listeners, encouragers, and empathizers
- Are great procrastinators
- Need to be prepared for change
- Are soft in attitude and action, but possess great courage and strength

> *Relational Challenge for Golden Retrievers:  Their strong tendency toward "soft-side" love can lead to issues of co-dependence and enabling.  Golden Retrievers need to learn to be more assertive, ask for what they want, and say "no" to achieve relational balance.*

## TRACK YOUR SPENDING FOR ONE MONTH

**Month: _____**

| Day | Charity/ Savings Retire-ment/ Life Ins. | Housing Rent/mortgage Cable Phones Utilities Insurance | Auto: Loan(s) Gas Repairs Insurance | Groceries/ household supplies | Entertain-ment/ Recre-ation / Dining Out | Medical | Clothing | MISC: School supplies child-care Gifts Postage |
|---|---|---|---|---|---|---|---|---|
| | | | | **Record Your Daily Spending** | | | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| Total | | | | | | | | |

## MANAGING YOUR MONEY

Couples who want to have a good grasp of their finances need to do one thing: **plan together**.  Not just planning, but planning together.  Whether it's your budget (how you spend, how much to spend and how often to spend it) or your savings (for a house, for your kids education, emergencies, or the future), these are areas you need to discuss together in a "budget meeting." You *both* have to know where "our" money is going.  One person cannot decide and dictate to the other what can and can't be done with "our" money.  Include one another in the decisions of how the money will be budgeted and spent.  Remember, It's NOT your money, it is "our" money.

Your assignment is to keep track of all the money you spend for one month, including credit card purchases, using the **"Track your Spending For One Month"** worksheet.  Combine both of your monthly spending totals on the summary sheet below, then calculate the total that BOTH of you spend each month in each category.

| SPENDING CATEGORY | Male spent this month | Female spent this month | Combined Monthly TOTAL SPENDING |
|---|---|---|---|
| Charitable giving: | | | |
| Savings/Investments/ Retirement/Life Insurance: | | | |
| Housing:  loans, rent, cable, phone, utilities, insurance | | | |
| Auto Expenses: Loan payment, gas, repairs, insurance | | | |
| Groceries/Household supplies: | | | |
| Entertainment/ Recreation/ Dining out | | | |
| Medical expenses: | | | |
| Clothing: | | | |
| MISC expenses: Childcare, gifts, postage, | | | |
| **GRAND TOTAL FOR THE MONTH** | | | |

# FAMILY BUDGET PLANNING SHEET

## MONTHLY INCOME

Net salary          _____
Interest            _____
Dividends           _____
Other income        _____

**NET SPENDABLE INCOME**   _____

## MONTHLY EXPENSES:

**CHARITABLE GIVING (10%)**

                    _____

**SAVINGS/INVESTMENTS/
RETIREMENT/
LIFE INSURANCE (10%)**

                    _____

**ALL OTHER EXPENSES (80%)**

**HOUSING**
Mortgage/rent       _____
Utilities           _____
Garbage             _____
Insurance           _____
Phone/internet      _____
Repairs             _____
Cable/satellite     _____
Other               _____
TOTAL                         _____

**AUTOMOBILE**
Loans               _____
Gas/oil             _____
Insurance           _____
License/taxes       _____
Repairs             _____
TOTAL                         _____

**GROCERIES/HOUSEHOLD
SUPPLIES**                    _____

**ENTERTAINMENT/RECREATION**
Eating Out/lunches  _____
Vacation/trips      _____
Movies/sports       _____
Hobbies             _____
Other
TOTAL                         _____

**MEDICAL**
Doctor              _____
Insurance           _____
Dentist             _____
Pharmacy            _____
Other               _____
TOTAL                         _____

**CLOTHING**                  _____

**MISCELLANEOUS**
Toiletry/cosmetics  _____
School supplies/
Tuition             _____
Daycare             _____
Beauty/barber       _____
Laundry/cleaners    _____
Allowances          _____
Gifts               _____
Cash                _____
Alimony/child
Support             _____
Other               _____
TOTAL                         _____

**DEBTS**
Credit Cards        _____
Loans/notes         _____
Other               _____
TOTAL                         _____

**TOTAL EXPENSES**            _____

**INCOME minus EXPENSES**
    **BALANCE =**             **$ 0**

13

# THINGS I LOVE AND ADORE ABOUT MY FUTURE SPOUSE

Take a few moments to list 5 things about your future spouse that you love and adore.  Each year on your anniversary date, make it a point to add 5 more things to the list.  You will treasure this as you look back on this experience years from now, and it will be a "living document" to remind you how love grows and evolves over time.

***Things I love and adore about:*** _____***(Spouse name)***

1._____
2._____
3._____
4._____
5._____

**FIRST ANNIVERSARY ADD 5 MORE:**
1._____
2._____
3._____
4._____
5._____

**SECOND ANNIVERSARY ADD 5 MORE:**
1._____
2._____
3._____
4._____
5._____

**THIRD ANNIVERSARY ADD 5 MORE:**
1._____
2._____
3._____
4._____
5._____

**FOURTH ANNIVERSARY ADD 5 MORE:**
1._____
2._____
3._____
4._____
5._____

**(Now go find your own paper and keep adding to the list!!!)**

**PAIRS COMMUNICATION SKILLS**

**NEED PERMISSION FROM PAIRS FOUNDATION TO INSERT <u>TWO</u> SKILLS**

"When we are listened to, it creates us, makes us unfold and expand"  Karl Menninger

"Being heard is so close to being loved that for the average person, they are almost indistinguishable."  David Augsburger

### *PAIRS* DAILY TEMPERATURE READING
With Appreciation to Virginia Satir

- Appreciations
- New Information
- Puzzles/Questions
- Complaints with Request for Change
- Wishes, Hopes, Dreams

---

**NOTES:**

---

15

## PAiiRS DIALOGUE GUIDE



I NOTICE...
(behavior)

I ASSUME THIS MEANS...

I WONDER...

I SUSPECT...
(about you...)

[ on the other hand ]

I BELIEVE...
(for me...)

I RESENT...

I AM PUZZLED BY...

I AM HURT BY...

I REGRET...

I REMEMBER...
(in the past...)

I AM
FRUSTRATED BY...

I BEHAVE BY...
(what you see from me is...)

I AM HAPPIER WHEN...

I WANT...
(specific requests...)

I EXPECT...
(this will help us by...)

I APPRECIATE...

I REALIZE...

I HOPE...

START
HERE

© PAIRS Foundation, Inc.
All Rights Reserved.

**NOTES:**

16

# THE ROAD TO FINANCIAL SECURITY

Young husbands and wives often spend freely when they have relatively few responsibilities. But when that firstborn child arrives, everything changes.  In addition to the mortgage/rent and car payments, parents will be faced with ballet lessons, baseball gloves, and saving for college.  It's enough to keep couples up at night.  You are going to make financial mistakes.  The good news is that it's almost never too late to get back on the right track.  We hope we can help you avoid some of the most common financial mistakes young couples make.

The biggest mistake young families make is carrying too much debt.  Once couples owe several thousand dollars, they find it gets harder and harder to crawl out from under that burden.

It's okay to carry some debt, just don't overextend yourself.  What are the boundaries?  Most financial experts believe that housing (mortgage or rent) should not eat up more than 28% of a couple's joint gross income.  Overall debt, including car loans, student debt, and credit cards, should not exceed 40% of gross income.  Some more conservative financial planners recommend that debts never exceed more than 30-35% of gross income.

Auto debt is a bit tricky.  On the one hand, financial planners agree that it's best not to borrow money for a depreciating asset.  But sometimes, it just can't be avoided.  Few young families can afford to pay cash for a new car — especially if they just used up all of their savings for a down payment on a new home.  The solution: Keep your car for as long as it will run after the loan is paid off.  This will allow you to apply the funds used on auto payments to put into savings for your next vehicle.  If you shop for quality when purchasing an automobile, and then take good care of it, it will run for 8-10 years or more.

Debt can be a major cause of stress in a marriage:  credit cards, school loans, car payments.  If humanly possible, make it a goal to eliminate these debts before you get married.  If you cannot reach this goal by the wedding date, developing a debt reduction plan and sticking to it will be critical to keeping your marriage afloat financially.  It's important to remember that his/her debt before marriage is now "our" debt after marriage, for better or worse.

**Credit Card Example:**
The average American family carries $8,000 in credit card debt.  If you do not ADD any new expenses to this credit card balance, and make the minimum monthly payments (typically 2% of the balance, or $160 per month), by the time you pay off your $8,000.00 balance, you will have made 100 payments (that's 8.33 years!) and you will have paid $7,976.59 in interest charges!

Plus, if you were investing the average monthly interest charge ($160) -- instead of sending it to the credit card company -- at only a 7% return, you could have earned roughly $10,931.17 during the same 8.33-year period.  Under this scenario, the average American family loses a total of $18,907.76 from both lost income and monthly interest payments!!

**"Baby Step" Plan to Financial Security**
1) Put $1,000.00 in an "Emergency Fund"
2) Pay off consumer debt using the "Debt Snowball" (except the home mortgage)
3) Live off of the "10 – 10 – 80" Rule:  Combine your income and develop a monthly budget with this formula:  **SAVE** 10% (savings, college fund, retirement, etc), **GIVE** away 10% to charity, and **LIVE** off the remaining 80%
4) Build up an emergency fund to cover 3-6 months of living expenses (Note: Christmas is not an emergency!)
5) Pay-off home early
6) Build Wealth and start GIVING IT AWAY!  Invest in mutual funds and real estate

The discipline it takes to stay on this "Baby Step" plan will help you build wealth over time. Once you pay off all your consumer debt, the amount of money you were using to ATTACK debt is now freed up to pour into the next baby step, then the next step, etc.

**What is the "Debt Snowball?"**
Author, financial Guru and Radio Talk Host Dave Ramsey ([www.daveramsey.com](www.daveramsey.com)) recommends the "Debt Snowball." When a snowball runs down a hill, what happens?  It picks up more snow as it rolls down getting bigger and bigger.  That same concept works with money.  Start by listing your debts, largest-to-smallest on a piece of paper.  Using the debt snowball method, pay minimum payments on everything but the smallest debt account; that one you ATTACK with every dollar you can find.  Once the first debt account is paid off, you use the "surplus" money you were paying on it to attack the NEXT smallest debt account with every dollar you can find until it is gone, still paying minimum payments on all of the other debt accounts.  As each debt account on your list gets paid off you keep building up more "surplus" money (the snowball gets bigger) to attack the next debt on the list until you are debt FREE!

### SAVING FOR RETIREMENT

The information below shows how much you need to save each month to accumulate $500,000, $1 million or $2 million by age 65, along with strategies for achieving that goal, according to www.kiplinger.com.  At age 25, you typically start from scratch.  At ages 35, 45 and 55, we assume you already have money in savings, on which you're earning 8 percent annually.  Find your age bracket below and set a goal for your retirement.  Start saving NOW!

## At Age 25:

You've saved: $0
To reach $500,000, what you need to save per month: $143
To reach $1 million, what you need to save per month: $286
To reach $2 million, what you need to save per month: $573

Get help from Uncle Sam:
You may qualify for a retirement-savings tax credit of 10% to 50% of the amount you contribute to an IRA, 401(k) or other retirement account. The credit can reduce your tax bill by up to $1,000. To qualify, your income must be $25,000 or less if you're single, $37,500 or less if you're a head of household or $50,000 or less if you're married.

18

## At age 35:

You've saved: $0
To reach $500,000, what you need to save per month: $335
To reach $1 million, what you need to save per month: $671
To reach $2 million, what you need to save per month: $1,342

You've saved: $25,000

To reach $500,000, what you need to save per month: $152
To reach $1 million, what you need to save per month: $488
To reach $2 million, what you need to save per month: $1,159

Get help from your Boss:
If your employer offers a matching contribution, contribute at least enough to your 401(k) to capture the full match. Otherwise, you're walking away from free money. Try to save 15% of your gross income for retirement, including your employer match.

## At age 45:

You've saved: $0
To reach $500,000, what you need to save per month: $849
To reach $1 million, what you need to save per month: $1,698
To reach $2 million, what you need to save per month: $3,395

You've saved: $25,000
To reach $500,000, what you need to save per month: $640
To reach $1 million, what you need to save per month: $1,489
To reach $2 million, what you need to save per month: $3,186

You've saved: $50,000
To reach $500,000, what you need to save per month: $431
To reach $1 million, what you need to save per month: $1,280
To reach $2 million, what you need to save per month: $2,977

You've saved: $100,000
To reach $500,000, what you need to save per month: $12
To reach $1 million, what you need to save per month: $861
To reach $2 million, what you need to save per month: $2,559

Play Catch-Up: Aim to contribute the maximum $15,500 to your 401(k) this year or $4,000 to your traditional or Roth IRA. Once you turn 50, you can contribute an additional $5,000 in catch-up contributions to your 401(k) and an extra $1,000 to your IRA.

# THE 5 BIGGEST RETIREMENT MISTAKES
## According to Smartmoney.com

## 1. Ignoring the Early Years

Ignoring retirement is easy when you're in your early 20s. After all, there's plenty on a recent grad's financial plate: scraping together the cash to pay rent and student loans, digging out of credit-card debt, and, well... one has to live a little, too. "Huge numbers of young people, even when they could join a 401(k), don't," says Alicia Munnell, director of the Center for Retirement Research at Boston University.

That's a mistake you'll regret when you realize just how much more money you'll retire with if you start saving early. Consider this: If at age 25 you started contributing 10% of your income to a retirement plan and then stopped contributions when you turned 35, at age 65 you'd have saved the same amount as if you started contributing at age 35 and contributed for the rest of your working years, Munnell says. Thanks to the power of compounding, contributions made early on will have much longer to grow and multiply. "If you start saving early, that's the most potent thing you can do," Munnell notes.

The good news: Because 401(k) contributions are tax-deductible, the bite out of your paycheck will be smaller than your actual contributions. To see for yourself, run your numbers through the SmartMoney.com

## 2. Leaving Money on the Table

Here's a shocking statistic: Every year, American workers leave $30 billion in employer-sponsored retirement money on the table. How? By not contributing to their 401(k) plans, or at least not contributing enough to get their employer match, they're walking away from free money, explains David Wray, president of the Profit Sharing/401(k) Council of America (PSCA).  In fact, some 25% to 35% of U.S. workers these days do not contribute to their 401(k) at all, or don't contribute enough to get their full company match, according to the PSCA. Typically, 401(k) plans are set up so that the employer adds 50 cents to each $1 a worker contributes, up to 6% of the worker's salary. That's an immediate 50% return on an investment anyone would be hard-pressed to beat.

## 3. Cash Out Your Savings

Changing jobs every couple of years is common these days, and so is cashing out your 401(k) balance when leaving your old employer. "A lot of people dip into their 401(k)s when they change jobs and undo the good they've started," says Munnell.  Even if the money isn't technically wasted -- it might be used to bridge a period of unemployment or to pay off high-interest debt, for example -- there are many drawbacks to that scenario. To start with, you will pay taxes and a 10% penalty on the balance. Depending on your tax rate, that could eat up more than a third of the balance. And once the money is spent, it can never be replaced -- a mistake you may regret when you're older and falling behind on your retirement savings. The smart thing to do when changing jobs is to roll over your 401(k) balance into an IRA. Watch out for this trap: Unless you make a "direct" rollover from your employer to the bank or brokerage where you've opened your IRA, your company will write a check in your name and

withhold 20% off the top for taxes. Should that happen you'll have to come up with the missing 20% if you want to replace the money in an IRA.

## 4. Retiring Too Early

Many people envision themselves working until they're 65.  But when they hit 62 and first become eligible for Social Security benefits, the appeal of leaving the daily grind behind often becomes too strong to resist.  In fact, the average age at which people retire is 62 for women and 63 for men, according to the Center for Retirement Research. The problem is that this is also when the majority of new retirees start taking Social Security benefits, which means they're drastically reducing the amount of Social Security they receive from the government.

Consider this: If you start claiming Social Security benefits at 62 today, you only receive 75% of the benefit you would be receiving if you waited until you were 66, Munnell says. (For those born in 1960 or later, the retirement age will be 67, so that the benefits received starting at age 62 will be reduced by 30%.).  By working just a little longer -- or tapping retirement savings without receiving Social Security if you must retire early -- you will increase your guaranteed lifetime income by as much as $250 a month (assuming a $1,000 retirement benefit).

## 5. Lacking a Spend-Down Strategy

Often, people focus on saving for retirement, but forget about the next phase: spending their money once they retire. It may sound a lot easier -- and more fun -- than the saving part, but it's no less important. Just ask the folks who retired between 2000 and 2002. Many were heavily invested in risky technology stocks. When the tech bubble burst, they watched their life savings melt away.

"Not developing a retirement plan several years before you plan to retire is a big mistake," says Wray. The closer you get to retirement, the more important it is that your asset allocation is appropriate for your age. The rule of thumb is that the stock portion of your portfolio should equal 110 minus your age, so a 65-year-old retiree should have 45% of their investments in stocks.

An appropriate asset allocation will soften the effect of a down market on your overall savings. Sheryl Garrett, founder of the Garrett Planning Network, a nationwide network of fee-only financial planners, recommends that recently retired folks or those on the cusp of retirement have at least three years' worth of living expenses in cash. That will help retirees weather market downturns without having to sell stocks at a loss.

## GETTING TO KNOW YOU
## 101 QUESTIONS EVERY COUPLE SHOULD ASK

As the chart below illustrates, you tend to have deeper connection and intimacy with very few people, and shallow connection and intimacy with many people.



Number of People          Degree of Intimacy

**HIGHEST LEVEL:  Everything**
At this level one shares their feelings and emotions deeply, being open and transparent at all levels.  This is the secret place where you see who I really am

**HIGH LEVEL:  My Background**
At this level one shares personal values, dreams, and goals that are important and sacred.

**MODERATE LEVEL:  My Ideas**
At this level one offers ideas and opinions that are changeable, offering a portion of one's self

**LOW LEVEL:  Ideas of Others**
At this level one talks about the ideas and opinions of others and protects themselves from judgment

**LOW LEVEL:  SURFACE**
At this level one shares basic facts that offer no personal details, or investment - Discussion may center around news, sports, and weather

Following are 101 questions you can ask your future spouse that will help you increase your level of connection and intimacy, and really get to know one another.

1. Other than your future spouse, list three people who have had the greatest impact on your life.  How and why?
2. If I was to cook you favorite meal, what would it be from appetizer through beverage and desert?

3. How do you react to authority figures?  Who do you feel you are accountable to?
4. When you tell me about your ideas, do you feel affirmed and validated by me?  Explain
5. Were you raised by your married biological parents, divorced parents, remarried parents, unmarried?  What was that like?
6. What do you dislike about your previous relationship partners?
7. When you were growing up, were you raised in the same home all of your life, did you ever move to another town, did you move around frequently?
8. How did you know that you were loved by your mother?  Your father
9. When things get stressful, do you tend to be calm, cool and collected, or upset and agitated?
10. How do you show me that you trust me?
11. What do you do to relax and unwind?
12. My first car was …and what was most memorable about it was…
13. What typically motivates you to "get moving:"  guilt, encouragement, or cracking the whip?
14. How long did your previous relationships generally last?
15. What magazine(s) have you subscribed to?
16. Where do you fall in the birth order of your family?  Are you the oldest, youngest, or the middle child?  Where there step siblings?  What was it like being in this role?
17. When you set goals, are you more process-oriented or outcome oriented?
18. What are your moods like?
19. What fictional couple from cinema or literature best describes our relationship?  Why?
20. List the top 10 books you have read.  Who is your favorite author?
21. What made you feel special in your family growing up?
22. When interacting with friends, are you more of a talker or a listener?
23. If you had a vote to select the top 10 movies of all time, what movies would make the cut?
24. Are you more a "visionary and ideas" person or a "facts and details" person?  Can you give me some examples?
25. How does your personality compare to mine?
26. The funniest movie ever made was….because….
27. What were your family relationships like growing up?  Great, good, average, or poor?  Give examples of what it was like being in this home
28. Who handled discipline in your home?  What were the methods and how effective were they?
29. What were your previous relationships like?
30. What are the strengths and weaknesses of your personality?
31. Do you prefer a familiar routine that seldom changes, or a routine that is constantly changing?
32. How short is your fuse?  Are you easily angered, slow to anger, or determined to contain the anger?
33. When you get angry, do you express it by venting, internalizing, becoming physical, or talking it through?
34. How often did your family attend religious services?  How important is that to you today?
35. How do you handle your emotions?
36. Describe how did your previous relationships break up?
37. What did your previous relationships like about you?  Dislike about you?

38. Do you tend to have lots of friends or a few close friends?  Why?
39. Who are your top three singers or musical groups?
40. What is your favorite website?  Why?
41. What is your relationship like with your siblings?
42. What was the financial status of your family growing up?  Were you upper class, middle class, lower class, or in poverty conditions?
43. Is it easier for you to trust someone, or are you more cautious when giving someone your trust?  Why?
44. What things upset you?  Why?
45. My worst school subject in high school was….because….
46. How would you describe your self image?  Are you self assured and confident, critical of yourself, or insecure?
47. Are you a morning person or a night owl?
48. What is the basis for the important decisions you make?  (To have fun, help others, make a difference, my faith, etc.)
49. How do you express love and affection?
50. Were there any addictions in your family?
51. What are three positive and meaningful events that have been significant in your life?  How and why were they significant?
52. Do you learn better through audio, visual, or hands-on stimulation?
53. What do you perceive is your role at work?  Are you the visionary, people manager, detail person, follower, or slacker?
54. If you had your choice, would you rather live in the country, the downtown of a city, or in the suburbs?  Explain.
55. Were you raised in a rural, urban, or suburban setting?  What was that like?  What memories stand out?
56. What is your relationship like now with previous partners?
57. My most memorable holiday was…because
58. When you are planning something, would you rather improvise at the last minute, or plan it out well in advance?
59. How does your sense of humor "mesh" with mine?
60. Where does your value and belief system come from?  (parents, public opinion, reality TV programs, faith, friends and peers, Bible, etc.)
61. Are you more comfortable being around other people, or being alone?  Why?
62. What types of music do you like to listen to?
63. What are three negative and destructive events that have been significant in your life?  How and why were they significant?
64. Who was the spiritual leader in your home?
65. When thinking about your future, are more optimistic, idealistic, realistic, or pessimistic?  What makes you that way?
66. The best…TV show ever was…because…
67. What is your sex drive like?
68. What do you think is the ultimate meaning of life?  Why do you think you are here?
69. Are you more flexible and able to "go with the flow," or are you more rigid and inflexible?
70. Which parent was generally the leader who set the tone in your home growing up?  Did that that leadership role work well for your family?  Why or why not?

24

71. Are you usually the first person to show up early, the one who shows up exactly on time, or that last one to arrive late?
72. What did you try to do to fix previous relationships?  How?
73. What makes you feel guilty sometimes?
74. How comfortable are you with your body and nudity?
75. What is the most important thing that motivates you to live your life the way you do?
76. My dream vacation would be ….and the main thing I would like to do on my vacation would be…
77. What is your favorite restaurant?
78. When it comes to being assertive and asking for what you want, are you more bold, or more timid?
79. How would you describe our three strongest "hard-wiring" similarities as a couple?  How will these similarities strengthen our relationship?  How can these similarities actually be detrimental to our relationship?
80. Do you initiate activities, recreation, time alone together, or do you expect me to?
81. What were some of the "rules" in your home growing up?  What worked well, what did not work so well.  How did your parents enforce the rules – where they strict or slack?
82. Do you place more value and importance on inward character or outward behavior?  Why?
83. How do your suppose that your strengths will fill my "gaps" so that we truly complement one another?  What do you have that I need?  How will my strengths cover your gaps?  What do I have that you need?
84. How open are you to getting help for our relationship from someone outside of the relationship?
85. What are your political views?  Would you describe yourself as liberal, conservative, moderate, socialist, libertarian, conspiracy theorist, etc.
86. Have you ever been involved in any social, political, religious causes?  If so, what were those experiences like?  What did you learn?
87. How would you describe our three biggest "hard wiring" DIFFERENCES as a couple?  How do you suppose will these differences might actually strengthen our relationship?  How can these differences be detrimental to our relationship?
88. What do you especially like to be appreciated for?
89. Can you understand and even anticipate how I feel sometimes?
90. When were you first disillusioned in this relationship, and how did you handle it?
91. Have you ever met a famous person?  If so, who?  What happened?
92. What other countries have you visited?  Describe them.  What is your best memory of another country?
93. What is your life motto?
94. What did you need from your parents that you did not get?  Do you carry any hurts or resentments?  Explain
95. How many homes have you lived in?  Where were they?  Which one was your favorite?
96. Which sports do you like?  Favorite teams?
97. Who has had the most influence in your life?
98. What do you think you will be doing five years from now?
99. Where would you like to retire and live some day?
100.     What was the worst job you ever had?  The best?  What were your bosses like?

101.   Who do you respect the most?  Why?

Thanks for taking the time to get to know one another!

# MARRIAGE COMMITMENT PLEDGE

- ✓ We, husband and wife together, acknowledge the overwhelming evidence that married adults are happier, healthier and wealthier.  They live longer, sleep better, are more productive on the job, and have better sex lives than singles.
- ✓ We believe in the sanctity of marriage, declare our mutual commitment to one another, and pledge to stay married for life
- ✓ We will work to keep our relationship vibrant and growing during the various stages of our life together across the years
- ✓ We believe, as partners in marriage, that we are accountable to one another for the quality of our relationship to one another and to the children we may have one day
- ✓ We believe that love is a DECISION, not a FEELING.  it is our responsibility to love each other unconditionally.  If there are times when the feelings of love and affection are not present, we each promise to continue to make a decision daily to love our spouse until the feelings of love return
- ✓ We will contact our relationship mentors/coaches/advisors listed below if we need support in future marital struggles, and pledge to contact them before ever separating, moving out, or filing for divorce
- ✓ As a public commitment to our marriage, we authorize ZOE, Inc. and Live the Life, Inc. to post our names on their website/other public displays as signatories of the "marriage commitment pledge"

Therefore, we do hereby vow and make a pledge that we will remain faithful to one another in thought and deed, and that we will stay married for richer, for poorer, in sickness and in health, and will love and cherish one another for the rest of our lives.

Date:_____

_____
SIGNATURE OF GROOM

_____
SIGNATURE OF BRIDE

In the presence of these Marriage Coaches/Advisors:

_____
Male Coach/Mentor

_____
Female Coach/Mentor

**PROGRAM EVALUATION**
**Page 1**

**PROGRAM EVALUATION**
**Page 2**

# Certificate of Completion
# Premarital Preparation Course


On this the _____ day of _____, in the year _____,

_____ and _____
Name(s) of course individual(s)

Successfully completed a Premarital Preparation Course
as defined in Florida Statute Chapter 741.0305.

The method of instruction for this course was:

Personal instruction _____:  Video tape _____:    Electronic medium _____.
(Check all that apply)


_____
Signature(s) of Marriage Coach/Instructor(s)


_____
Name(s) of Marriage Coach/Instructor(s)

Course curriculum:
**Start Smart**

Course Provider:
**Live the Life**
**2252 Killearn Center Blvd**
**Suite 100**
**Tallahassee, FL  32309**
**(850) 668-3700**



## Marriage and Family Resources Page

**Live the Life**
2252 Killearn Center Blvd
Suite 100
Tallahassee, FL  (850) 668-3700
 www.livethelife.org
(850) 668-3700
Email: Richard@livethelife.org



Live the Life exists to strengthen marriages and families in the Big Bend region of Florida. We provide relationship education training for individuals and couples from middle school through 60 years of marriage. Our programs are offered in area schools, churches,. businesses, and community centers.  Below are other marriage and family resources we highly recommend.

| | |
|---|---|
| **America's Family Coaches**<br>2540 106th Street, Suite 101<br>Des Moines, IA  50322 | www.drgaryandbarb.com<br> (515) 334-7482 or 888-608-COACH<br>Gary Lydic<br>E-mail: info@drgaryandbarb.com |
| **Am/FM (Association of Marriage and Family Ministries)**<br>8283 N. Hayden Rd. Suite 258<br>Scottsdale, AZ 85258 | www.amfmonline.com<br>(480) 718-3020<br>Eric Garcia |
| **The Divorce Busting Center**<br>P .O. Box 271<br>Boulder, CO  80306 | www.divorcebusting.com<br>800-664-2435<br>Michele Weiner-Davis |
| **Family Life Today**<br>P.O. Box 7111<br>Little Rock, AR  72223 | http://www.familylife.com<br>(800) FL-TODAY (800) 358-6239 |
| **Focus on the Family**<br>(street address not required)<br>Colorado Springs, CO  80995 | www.family.org<br>(800) A-FAMILY (232-6459) |
| **Life Changers**<br>600 East Smith Road<br>Medina, OH  44256 | www.nojerks.com<br>email: VanEpp@nojerks.com<br>Dr. John Van Epp |
| **Marriage CoMission**<br>3897 Captain Drive<br>Atlanta, GA  30341 | www.marriagecomission.com<br>**(404) 775-8808** |

| National Healthy Marriage Resource Center<br>10530 Rosehaven Street, Suite 400<br>Fairfax, VA  22030–2840 | www.healthymarriageinfo.org<br>(866) 916–4672 or 866–91–NHMRC<br>Email:  info@healthymarriageinfo.org |
|---|---|
| PAIRS FOUNDATION<br>19125 Stonebrook Street<br>Weston, FL  33332 | www.pairs.com<br>(888) 724-7748<br>Dr. Lori Gordon, Seth Eisenberg<br>Email: info@pairs.com |
| Smalley Relationship Center<br>1482 Lakeshore Drive<br>Branson, MO   65616 | www.smalleyonline.com<br>(800) 848-6329<br>Dr. Gary Smalley<br>Greg Smalley |
| Smart Marriages<br>The Coalition for Marriage, Family and Couples Education (CMFCE), LLC<br>5310 Belt Rd, NW<br>Washington, DC  20015 | www.smartmarriages.com<br>(202) 362-3332<br>Diane Sollee |
| WAIT Training<br>8101 E. Belleview Ave, Suite D-2<br>Denver, CO 80237 | www.waittraining.com<br>(720) 488-8888<br>Joneen Mackenzie |
| Winshape Marriage Retreat Center<br>P.O. Box 490007<br>Mt. Berry, GA  30149 | www.winshape.org/marriage<br>(877) 977-3873 |
| 10 Great Dates | www.marriagealive.com<br>(865) 690- 5887<br>email:  info@marriagealive.com<br>David and Claudia Arp |