UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LIVE THE LIFE MINISTRIES, INC.,

 Plaintiff,

v.                       4:11cv194-WS

THE PAIRS FOUNDATION, INC.,
and PAIRS, LTD.,

 Defendants.

_____

THE PAIRS FOUNDATION, INC.,
and PAIRS, LTD.,

 Counter-Plaintiffs,

v.

LIVE THE LIFE MINISTRIES, INC., and
RICHARD J. ALBERTSON, Individually,

 Counter-Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

 Before the court is the magistrate judge's report and recommendation (doc. 48) docketed September 27, 2011. The magistrate judge recommends that the defendants' motion for preliminary injunction be granted in part. The plaintiff has filed objections (doc. 50) to the report and recommendation, and the defendants have filed a response

(doc. 57).

Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 48) is ADOPTED and incorporated by reference into this order.

2. The defendants' motion for preliminary injunction (doc. 17) is GRANTED in part.

3. Upon the defendants' posting of $25,000.00 with the clerk of the court as security, the plaintiff shall be ENJOINED (1) from using the graphics and text arrangements of "Daily Temperature Reading" in Start Smart; and (2) from using "Daily Temperature Reading," "Levels of Learning," and "The Emotional Jug" in Adventures in Marriage.

4. The plaintiff's request for what is tantamount to an advisory opinion about the replacement pages attached as Exhibit B to document 50 is DENIED.

5. On or before January 6, 2012, counsel for the plaintiff shall advise the court when the parties will attend mediation or other form of dispute resolution.

6. Should the parties fail to so advise the court, the clerk is directed to set a hearing at the earliest practicable time.

DONE AND ORDERED this ___27th___ day of ___December___, 2011.

s/ William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE